UNITED STATES DISTRICT COUR
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: THERESA CARRROLL BUCHANAN

UNITED STATES OF AMERICA

-VS-

HEARING: R5     CASE #: 16mJ355

DATE: 8/3/16     TIME: 2:00pm

TYPE: FTR RECORDER     DEPUTY CLERK: T. FITZGERALD

Nicholas Young

COUNSEL FOR THE UNITED STATES: J. Gibbs & G. Kromberg

COUNSEL FOR THE DEFENDANT: w/o

INTERPRETER: _____ LANGUAGE: _____

( X ) DEFENDANT APPEARED:    (    ) WITH COUNSEL      ( X ) WITHOUT COUNSEL

( X ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

( X ) COURT TO APPOINT COUNSEL ___CJA___    (    ) DFT. TO RETAIN COUNSEL
(Conflict per FPD office)

(    ) GVT. CALL WITNESS & ADDUCES EVIDENCE

·(    ) EXHBIT #_____ADMITTED

(    ) PROBABLE CAUSE: FOUND (    ) / NOT FOUND (    )

(    ) PRELIMINARY HEARING WAIVED

(    ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

(    ) DEFT. ADMITS VIOLATION (    )DFT. DENIES VIOLATION    (    )COURT FINDS DFT. IN VIOLATION

MINUTES: USA seeks detention - GRANTED.

CONDITIONS OF RELEASE:
($          ) UNSECURED ($          ) SECURED (   ) PTS (          ) 3RD PARTY (          ) TRAVEL RESTRICTED
(          ) APPROVED RESIDENCE (          ) SATT (          ) PAY COSTS (          ) ELECTRONIC MONITORING (          ) MENTAL HEALTH
TEST/TREAT (          ) ROL (          ) NOT DRIVE (          ) FIREARM (          ) PASSPORT (          ) AVOID CONTACT
(          ) ALCOHOL & DRUG USE (          ) EMPLOYMENT

( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS
(          ) DEFENDANT CONTINUED ON SAME CONDITIONS OF PROBATION

NEXT COURT APPEARANCE: 8/4/16    at 2:00 pm Before Buchanan
(    )DH (    )PH ( X )STATUS (    ) TRIAL (    ) JURY (    ) PLEA (    ) SENT (    ) PBV (    ) SRV (    ) RS