IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | 1:16 cr 265 |
| v. | ) | |
| | ) | |
| NICHOLAS YOUNG | ) | |

NOTICE OF INTENT TO USE FOREIGN
INTELLIGENCE SURVEILLANCE ACT INFORMATION

    The United States, through its attorney Dana J. Boente, United States Attorney for the Eastern District of Virginia, hereby provides notice to defendant Nicholas Young and to the Court, that pursuant to Title 50, United States Code, Sections 1806(c) and 1825(d), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained or derived from electronic surveillance and physical search conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 (FISA), as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

    Respectfully submitted,

    Dana J. Boente
    United States Attorney

      /s/
    Gordon D. Kromberg
    Assistant United States Attorney
    Attorney for United States
    U.S. Attorney's Office
    2100 Jamieson Avenue
    Alexandria, Virginia 22314
    Phone: 703-299-3700
    FAX: 703-299-3981
    Email Address: gordon.kromberg@usdoj.gov

Certificate of Service

I hereby certify that on January 17, 2017, I electronically filed the foregoing Notice Of Intent To Use Foreign Intelligence Surveillance Act Information with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

    /s/
Gordon D. Kromberg
Assistant United States Attorney
Virginia Bar No. 33676
Assistant United States Attorney
Attorney for the United States
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3700
(703) 837.8242 (fax)
gordon.kromberg@usdoj.gov