**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA,   )   <br>   )   <br>      Plaintiff,   )   <br>   )   <br>      v.   )   Case No.: 16cr265 (LMB)<br>   )   <br>   )   <br>NICHOLAS YOUNG,   )   <br>   )   <br>      Defendant.   )   <br>   )   | |

**DEFENDANT NICHOLAS YOUNG'S MOTION FOR DISCLOSURE OF FISA-RELATED MATERIAL AND/OR TO SUPPRESS THE FRUITS OR DERIVATIVES OF ELECTRONIC SURVEILLANCE AND PHYSICAL SEARCH PURSUANT TO FISA**

Defendant Nicholas Young, by and through his undersigned counsel, moves the Court for disclosure of certain materials filed by the government to obtain information collected through electronic surveillance and physical search pursuant to the Foreign Intelligence Surveillance Act of 1978 (FISA), as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829 (the fruits and derivatives collectively, "FISA Evidence"). Alternatively, Mr. Young moves to suppress the FISA Evidence following the Court's *in camera* and *ex parte* review of that information. Mr. Young's arguments are supplied in the accompanying memorandum.

Dated: January 31, 2017

                                                            Respectfully submitted,

                                                            **DAVID B. SMITH, PLLC**

                                                            */s/ David B. Smith*
                                                            David B. Smith (VA Bar No. 25930)
                                                            108 N. Alfred St.
                                                            Alexandria, VA 22314

Phone:(703)548-8911
Fax:(703)548-8935
dbs@davidbsmithpllc.com

Nicholas D. Smith (admitted *pro hac vice*)
7 East 20th Street
New York, NY 10003
Phone: (917) 722-1096
nds@davidbsmithpllc.com

**Certificate of Service**

      I hereby certify that on the 31st day of January, 2017, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

> AUSA Gordon D. Kromberg
> U.S. Attorney's Office
> 2100 Jamieson Avenue
> Alexandria, Virginia 22314
> gordon.kromberg@usdoj.gov

      And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

*/s/ David B. Smith*
David B. Smith
VA Bar No. 25930
David B. Smith, PLLC
108 North Alfred Street
Alexandria, Virginia 22314
(703) 548-8911 / Fax (703) 548-8935
dbs@davidbsmithpllc.com