UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 16cr265 (LMB) |
| ) | |
| ) | |
| NICHOLAS YOUNG, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT NICHOLAS YOUNG'S CLASSIFIED REPLY IN SUPPORT OF MOTION FOR DISCLOSURE OF FISA-RELATED MATERIAL AND/OR TO SUPPRESS THE FRUITS OR DERIVATIVES OF ELECTRONIC SURVEILLANCE AND PHYSICAL SEARCH PURSUANT TO FISA; AND MOTION FOR <u>RECONSIDERATION OF MARCH 10, 2017 ORDER</u>**