IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA    )
       )
       )
       )
    v.    )
       )    Case No. 1:16-cr-265 (LMB)
       )
NICHOLAS YOUNG,    )
       )
    Defendant.    )

## ORDER

On April 6, 2017, defendant filed a document entitled "Classified Reply in Support of Motion for Disclosure of FISA-Related Material and/or to Suppress the Fruits or Derivatives of Electronic Surveillance and Physical Search Pursuant to FISA; and Motion for Reconsideration of March 10, 2017 Order." [Dkt. No. 84]. Having reviewed the Motion for Reconsideration, the Court finds that a statement of the government's position would be of value. Accordingly, it is hereby

ORDERED that the government file a response to defendant's Motion for Reconsideration within ten (10) days.

The Clerk is directed to forward a copy of this order to counsel of record.

Entered this /3ᵗʰ day of April, 2017.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge