IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **Filed with the Classified Information** |
| | ) | **Security Officer** |
| | ) | |
| v. | ) | |
| | ) | Case No.  1:16-cr-265 |
| NICHOLAS ERIC YOUNG | ) | |

Government's Opposition to Motion for Reconsideration

1