UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 16cr265 (LMB) |
| ) | |
| ) | |
| NICHOLAS YOUNG, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT NICHOLAS YOUNG'S CLASSIFIED REPLY IN SUPPORT OF**
**MOTION FOR RECONSIDERATION OF MARCH 10, 2017 ORDER**