IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:16 cr 265 |
| v. | ) | |
| | ) | |
| NICHOLAS YOUNG | ) | |

<u>NOTICE OF NOTIFICATION FROM UNITED STATES MARSHALS SERVICE</u>

This pleading is to notify the Court that the United States received information from the United States Marshals Service ("USMS") regarding a media interview of defendant Nicholas Young.

On February 15, 2017, the U.S. Attorney's Office learned through its interactions with the media that Nicholas Young had agreed to an on-camera interview with ABC News. The U.S. Attorney's Office made the USMS aware of this information, but in accordance with our office practice, told the USMS that we do not take a position on these issues so as not to interfere with the normal practice of the USMS.

On April 4, 2017, the U.S. Attorney's Office learned that Nicholas Young had planned a Skype interview with the media. The office subsequently learned that the Skype interview did not happen as planned, but that a media interview had been conducted by telephone. Again, the office followed its practice and informed the USMS to make sure it was aware from a security standpoint but took no position on the matter.

On April 5, 2017, the USMS notified the Office of Public Affairs at the United States Department of Justice ("OPA"), in Washington, D.C., that Nicholas Young did an interview with the media on an open phone line from the jail in which he is detained pre-trial. According to the USMS, the jail recorded the interview, and the USMS obtained a copy of the interview to

consider any security concerns. On April 21, 2017, the USMS provided to OPA links to the electronic files of the interview.

OPA then provided the links to the National Security Division at the U.S. Department of Justice, who provided it that same day to members of the U.S. Attorney's Office. No one at the United States Attorney's Office has yet accessed the links and cannot speculate as to whether the interview constitutes a violation of EDVA Local Rules. Accordingly, we make this notice to the Court so that the Court can take such action it deems appropriate, including granting permission for the U.S. Attorney's Office to review the recording of the interview.

        Respectfully submitted,

        Dana J. Boente
        United States Attorney

              /s/
        Gordon D. Kromberg
        Assistant United States Attorney
        Virginia Bar No. 33676
        Assistant United States Attorney
        Attorney for the United States
        2100 Jamieson Avenue
        Alexandria, VA 22314
        (703) 299-3700
        (703) 837.8242 (fax)
        gordon.kromberg@usdoj.gov

<u>Certificate of Service</u>

I hereby certify that on May 5, 2017, I electronically filed the foregoing Notice of Notification from the United States Marshals Service with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

                                                      /s/
                                        Gordon D. Kromberg
Assistant United States Attorney
Virginia Bar No. 33676
Assistant United States Attorney
Attorney for the United States
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700
(703) 837.8242 (fax)
gordon.kromberg@usdoj.gov