IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| v. | ) 1:16-cr-265 (LMB) |
| | ) |
| NICHOLAS YOUNG, | ) |
| Defendant. | ) |

**MEMORANDUM OPINION**