IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 1:16-cr-265 (LMB) |
| NICHOLAS YOUNG, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

For the reasons stated in a Memorandum Opinion which has been submitted for classification review, defendant's Motion for Disclosure of FISA-Related Material and/or to Suppress the Fruits or Derivatives of Electronic Surveillance and Physical Search Pursuant to FISA [Dkt. No. 65] is DENIED and it is hereby

ORDERED that, in light of the pretrial matters having been resolved, the parties confer as to a mutually available time for a status hearing to set the trial date in this case and notice the hearing for Friday, May 12, Friday, May 19, or Thursday, May 25 at 9:00 a.m.

The Clerk is directed to forward a copy of this order to counsel of record and CISO Maura Peterson.

Entered this 9th day of May, 2017.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge

/s/
Leonie M. Brinkema
United States District Judge