IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 1:16-cr-265 (LMB) |
| | ) | |
| NICHOLAS YOUNG, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated in a sealed courtroom, it is hereby

ORDERED that David B. Smith and Nicholas D. Smith be and are released from further representation of the defendant; and it is further

ORDERED that pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, Stuart Alexander Sears and Danny C. Onorato be and are appointed to represent the defendant.

The Clerk is directed to forward a copy of this order to counsel of record and CISO Maura Peterson.

Entered this 25th day of May, 2017.

Alexandria, Virginia

_____
/s/
Leonie M. Brinkema
United States District Judge