IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:16 cr 265 |
| | ) | |
| NICHOLAS YOUNG | ) | |

## MEMORANDUM OF UNDERSTANDING

Having familiarized myself with applicable federal laws, I understand that I may be the recipient of information and documents that concern the present and future security of the United States and belong to the United States, and that such documents and information, together with the sources and methods of collecting such, are classified according to security standards set by the United States Government. In consideration for the disclosure of classified information and documents,

(1)     I agree that I shall never divulge, publish, or reveal, either by word, conduct, or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States Government; or as authorized by the Court pursuant to the Classified Information Procedures Act; or as provided for in the Protective Order entered in the case of *United States v. Nicholas Young*, , No. 1:16 cr 265.

(2)     I understand that this agreement and any other non-disclosure agreement will remain binding upon me after the conclusion of the proceedings in *United States v. Nicholas Young*, No. 1:16 cr 265.

(3)     I have received and read a copy of the Protective Order entered in this case by the United States District Judge for the Eastern District of Virginia on January 17, 2017, relating to

*U.S. v. Young*, No. 1:16 cr 265
Memorandum of Understanding
Page 2

classified information; information declassified for this case; and information about confidential

human sources; and I understand this Protective Order, and I agree to comply with the provisions

thereof.

Signature

6/12/17
Date

Sworn to and subscribed to before me this 12ᵗʰ day of June 2017.

LISA MANNING
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 30, 2020

Case 1:16-cr-00265-LMB   Document 103   Filed 06/12/17   Page 3 of 4 PageID# 801
Case 1:16-cr-00265-LMB   Document 59   Filed 01/17/17   Page 16 of 17 PageID# 351
Case 1:16-cr-00265-LMB   Document 58-2   Filed 01/17/17   Page 1 of 2 PageID# 334

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:16 cr 265 |
| | ) | |
| NICHOLAS YOUNG | ) | |

## MEMORANDUM OF UNDERSTANDING

Having familiarized myself with applicable federal laws, I understand that I may be the recipient of information and documents that concern the present and future security of the United States and belong to the United States, and that such documents and information, together with the sources and methods of collecting such, are classified according to security standards set by the United States Government. In consideration for the disclosure of classified information and documents,

(1)     I agree that I shall never divulge, publish, or reveal, either by word, conduct, or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States Government; or as authorized by the Court pursuant to the Classified Information Procedures Act; or as provided for in the Protective Order entered in the case of *United States v. Nicholas Young*, , No. 1:16 cr 265.

(2)     I understand that this agreement and any other non-disclosure agreement will remain binding upon me after the conclusion of the proceedings in *United States v. Nicholas Young*, No. 1:16 cr 265.

(3)     I have received and read a copy of the Protective Order entered in this case by the United States District Judge for the Eastern District of Virginia on January 17, 2017, relating to

*U.S. v. Young*, No. 1:16 cr 265
Memorandum of Understanding
Page 2

classified information: information declassified for this case; and information about confidential

human sources; and I understand this Protective Order, and I agree to comply with the provisions

thereof.

_____
Signature

6/12/17
_____
Date

Sworn to and subscribed to before me this 12ᵗʰ day of June 2017.

**LISA MANNING
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 30, 2020**