IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:16 cr 265 |
| | ) | |
| NICHOLAS YOUNG | ) | |

## MEMORANDUM OF UNDERSTANDING

Having familiarized myself with applicable federal laws, I understand that I may be the recipient of information and documents that concern the present and future security of the United States and belong to the United States, and that such documents and information, together with the sources and methods of collecting such, are classified according to security standards set by the United States Government. In consideration for the disclosure of classified information and documents,

(1) I agree that I shall never divulge, publish, or reveal, either by word, conduct, or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States Government; or as authorized by the Court pursuant to the Classified Information Procedures Act; or as provided for in the Protective Order entered in the case of *United States v. Nicholas Young, ,* No. 1:16 cr 265.

(2) I understand that this agreement and any other non-disclosure agreement will remain binding upon me after the conclusion of the proceedings in *United States v. Nicholas Young,* No. 1:16 cr 265.

(3) I have received and read a copy of the Protective Order entered in this case by the United States District Judge for the Eastern District of Virginia on January ___, 2017, relating to

*U.S. v. Young*, No. 1:16 cr 265
Memorandum of Understanding
Page 2

classified information; information declassified for this case; and information about confidential human sources; and I understand this Protective Order, and I agree to comply with the provisions thereof.

_____
Signature

8/10/17
_____
Date

_____
Witness

Sworn to and subscribed to before me this 10th day of August 2017.

[Notary seal: SUSAN J. BURROWS, COMMONWEALTH OF VIRGINIA, NOTARY PUBLIC, ID #7524716]