# Unauthorized and/or inappropriate tattoos and symbols

By ENCS (SW) Darrell C. Nolan

GOVERNMENT EXHIBIT
10-220
1:16-cr-265

# Extremist/Supremacist Groups

- SS Bolts used by German special police , prison and concentration camp guards during WWII.
- Used in various tattoos mainly by the Neo-Nazi and Racist skinheads.
- Also used in graffiti and characterizes the belief of these extremist groups in Anti-Semitism, White Supremacy and Fascism.





THE SS:
HITLER'S
INSTRUMENT
OF TERROR
THE FULL STORY FROM
STREET FIGHTERS TO
THE WAFFEN-SS
ON WILLIAMSON

GOVERNMENT EXHIBIT
10-701
1:16-cr-265

1B046-BK - THE SS HITLERS INSTRUMENT OF TERROR-000002



GOVERNMENT EXHIBIT
3-110
1:16-cr-265



Name: IMG_7222.JPG

Created Date: 11/17/2007 10:58:53 PM (2007-11-18 03:58:53 UTC)

Accessed Date: n/a



Name: IMG_7229.JPG

Created Date: 11/17/2007 10:58:55 PM (2007-11-18 03:58:55 UTC)

Accessed Date: n/a

GOVERNMENT
EXHIBIT
10-907
1:16-cr-265

GOVERNMENT EXHIBIT
4-300
1:16-cr-265





GOVERNMENT
EXHIBIT
10-459
1:16-cr-265

GOVERNMENT EXHIBIT
10-495
1:16-cr-265