

**GOVERNMENT EXHIBIT**
**10-861**
1:16-cr-265

1B055-BOOK - SERPENTS WALK-000002





GOVERNMENT EXHIBIT
10-863
1:16-cr-265