| Name | Size | Type | Date Modified |
|---|---|---|---|
| YouTube - Are the BNP Nazis.url | 0K | Internet Shortcut | 2/13/2009 2:55:23 PM |
| YouTube - DJ Adolf - SS SA Video WW2.url | 0K | Internet Shortcut | 3/1/2009 7:44:57 PM |
| LiveLeak.com - Sheikh Osama Bin Laden Speech to American Citizens after the Iraq Invasion.url | 0K | Internet Shortcut | 5/2/2009 1:58:33 AM |
| LiveLeak.com - The Greatest Threat to World Stability.url | 0K | Internet Shortcut | 5/21/2009 11:06:24 AM |
| LiveLeak.com - Ron Paul Israel created Hamas_ US created Osama bin Laden.url | 0K | Internet Shortcut | 5/21/2009 12:28:00 PM |
| SS Collar Tab Set Bullion Patch Muslim Unit  World War I - II at GunBroker.com.url | 0K | Internet Shortcut | 6/27/2009 2:42:18 AM |
| Axis History Factbook Indische Freiwilligen Legion der Waffen-SS.url | 0K | Internet Shortcut | 7/19/2009 3:09:05 AM |
| Bulletproof Helmet & face mask - Stormfront.url | 0K | Internet Shortcut | 7/26/2009 12:12:23 AM |
| Bullet Proof Mask BPM-11 bulletproof CN;JIA products.url | 0K | Internet Shortcut | 8/23/2009 5:11:15 PM |
| YouTube - 'American' Jihadist's gloating video.url | 0K | Internet Shortcut | 9/28/2009 1:48:39 AM |
| LiveLeak.com - The West Vomited All Over The East_ And That Vomit Is Israel.url | 0K | Internet Shortcut | 12/4/2009 3:57:07 AM |
| LiveLeak.com - The HOLOCAUST for Dummies.url | 0K | Internet Shortcut | 12/4/2009 4:02:44 AM |
| LiveLeak.com - Since The Dawn Of History_Jews Destined To Spread Corruption In The World.url | 0K | Internet Shortcut | 12/4/2009 4:07:59 AM |
| LiveLeak.com - English Translation of Jihad Songs.url | 0K | Internet Shortcut | 12/5/2009 3:13:44 AM |
| YouTube - best jihad nasheed.url | 0K | Internet Shortcut | 12/12/2009 8:57:35 PM |
| LiveLeak.com - Some numbers about so-called Holocaust.url | 0K | Internet Shortcut | 12/24/2009 5:23:15 PM |
| LiveLeak.com - Anwar Al Awlaki Allah Is Preparing Us For Victory[107968].url | 0K | Internet Shortcut | 12/24/2009 6:08:41 PM |
| LiveLeak.com - Imam Linked to Ft. Hood Rampage Believed to Be Among 30 Al Qaeda Killed in Airstrike.url | 0K | Internet Shortcut | 12/24/2009 6:24:36 PM |
| LiveLeak.com - Organised Israeli Intelligence In USA -.url | 0K | Internet Shortcut | 12/24/2009 6:24:36 PM |
| LiveLeak.com - Anwar Al Awlaki Allah Is Preparing Us For Victory.url | 0K | Internet Shortcut | 12/24/2009 6:24:36 PM |
| LiveLeak.com - Anwar Al Awlaki Virtues Of The Sahaba (Part 1 of 3).url | 0K | Internet Shortcut | 12/24/2009 6:24:36 PM |
| LiveLeak.com - CNN Jews behind 9-11 exposed - part 1-2.url | 0K | Internet Shortcut | 12/24/2009 6:24:36 PM |
| LiveLeak.com - Saddam Was NOT an Enemy of the Jews.url | 0K | Internet Shortcut | 12/24/2009 6:24:36 PM |
| LiveLeak.com - The Hidden Truth About The World & Islam.url | 0K | Internet Shortcut | 12/24/2009 6:24:36 PM |
| LiveLeak.com - BREAKING NEWS! Their Trying To Set Up Anwar Al Awlaki.url | 0K | Internet Shortcut | 12/24/2009 6:49:06 PM |
| LiveLeak.com - Bosnian muslim army in action.url | 0K | Internet Shortcut | 1/2/2010 4:25:16 AM |
| LiveLeak.com - Who Owns What - eXposed.url | 0K | Internet Shortcut | 1/2/2010 5:00:25 PM |
| LiveLeak.com - Who is the real enemy of the united states.url | 0K | Internet Shortcut | 2/4/2010 4:47:37 AM |
| LiveLeak.com - Ansar al Islam Defenders of the Homeland.url | 0K | Internet Shortcut | 2/18/2010 12:28:47 AM |
| how kill without joy-learning to kill people complete guide.url | 0K | Internet Shortcut | 2/26/2010 6:24:19 AM |
| YouTube - Anwar Al Awlaki Jihad Agaisnt All Arab Rulers.url | 0K | Internet Shortcut | 2/23/2010 1:34:55 AM |
| YouTube - Anwar Al Awlaki The True Muslims MUST SEE.url | 0K | Internet Shortcut | 2/23/2010 12:15:58 AM |
| Alois Brunner - Wikipedia_ the free encyclopedia.url | 0K | Internet Shortcut | 6/24/2010 1:18:09 AM |
| jihad War_ Terrorism_ and Peace in Islam.url | 0K | Internet Shortcut | 9/1/2010 2:47:01 AM |
| The Synagogue of Satan  Rebel News - Independent News and Analysis.url | 0K | Internet Shortcut | 7/30/2010 5:40:37 AM |
| crazy english jihad forum « Online Jihad OSINT AQ – Monitoring Jihadist Online Communities.url | 0K | Internet Shortcut | 11/11/2010 12:01:31 PM |

**GOVERNMENT EXHIBIT**
**14-180**
1:16-cr-265