

Name: DSCN1014.JPG

Created Date: 1/28/2006 2:46:54 PM (2006-01-28 19:46:54 UTC)

Accessed Date: 8/2/2007



Name: DSCN1023.JPG

Created Date: 1/28/2006 3:13:06 PM (2006-01-28 20:13:06 UTC)

Accessed Date: 8/2/2007



Name: DSCN1098.JPG

Created Date: 2/2/2006 4:05:56 PM (2006-02-02 21:05:56 UTC)

Accessed Date: 8/2/2007



Name: DSCN1101.JPG

Created Date: 2/2/2006 4:07:38 PM (2006-02-02 21:07:38 UTC)

Accessed Date: 8/2/2007