| | |
|---|---|
| Internal Reference No. | M-4300 |
| Reference No. | 1:16sw554 |
| Date of Production | October 14th, 2016 |



**Legal**

## Subscriber Information

essakobayashi@mail.com

**Customer Number**         219963328
**First/Last Name**         Essa Kobayashi
**Street**
**Registration Date**       2014-10-25 18:54:06 UTC
**City / Zip Code**
**Country / Language**      US / EN-US
**Date of birth**           1989-04-20
**Status**                  Unlocked (bancode 0)
**Alternative Email Address**
**Forwarding Address**
**Aliases**                 Essakobayashi@mail.com
**Registrations**           170.170.59.139 / 2014-10-25 18:54
**Last Success Logins**     web 170.170.59.139 2016-07-14 21:21:45

| IP | Access Time | Reason |
|---|---|---|
| 170.170.59.139 | 2016-07-14 23:21:45 | |
| 170.170.59.139 | 2016-07-14 23:20:42 | Bad credentials |
| 170.170.59.139 | 2016-06-14 19:15:14 | |
| 170.170.59.139 | 2016-02-16 21:59:01 | |
| 170.170.59.139 | 2015-11-10 21:35:59 | |
| 170.170.59.138 | 2015-11-05 22:31:48 | |
| 170.170.59.138 | 2015-10-13 23:14:35 | |
| 170.170.59.138 | 2015-10-13 23:13:28 | |
| 170.170.59.139 | 2015-09-07 13:20:57 | |
| 170.170.59.139 | 2015-09-07 13:20:34 | |
| 170.170.59.138 | 2015-07-20 18:47:56 | |
| 170.170.59.139 | 2015-07-10 20:40:26 | |
| 170.170.59.138 | 2015-07-01 18:41:31 | |

**Logins History**

**GOVERNMENT EXHIBIT**
**1-200**
1:16-cr-265

Page 1 of 2

Consensual Recording: Nicholas Young and Mohammed
10/25/2014 Clip 5 (50:58-52:23)

YOUNG: [50:58] (UI) email addresses?

MO: It doesn't ask you personal information?

YOUNG: (UI) After a certain amount of time of being inactive, they kill your account.

MO: Mm, hmm.

YOUNG: It's horrible.

MO: Yeah, it's horrible. And now, now they ask for personal information I guess. Um…(UI)

YOUNG: Pedro.

MO: Pedro (Laughs). Alright, I put random birthday…

YOUNG: I put that one….

MO: … yeah…

YOUNG: That's Hitler's birthday.

MO: Hitler's birthday?

YOUNG: Yeah.

MO: (Laughs) When was he born? 19…19?

YOUNG: No, no, no he was like, I think he was born just before the 19, like, right before the 1900's, 'cause he was a uh, he was like a 17, 18, 19 year old soldier when World War I was going on, -

MO: Oh really.

YOUNG: - like 1914, so he was born in like 1895 or something. [52:23].



GOVERNMENT EXHIBIT
6-109-5T
1:16-cr-265



Name: IMG_3609.png

Created Date: 1/28/2014 7:46:17 PM(UTC+0)



Name: godblesshitler.jpg

Created Date: 9/5/2009 6:41:51 PM (2009-09-05 22:41:51 UTC)

Accessed Date: 6/23/2011 10:26:30 PM (2011-06-24 02:26:30 UTC)



GOVERNMENT EXHIBIT
10-700
1:16-cr-265



THE DEAD

FATHER - O ALLAH, PROTECT MY FATHER FROM THE TORMENT OF THE GRAVE. HE IS IN NEED OF YOUR MERCY AND YOU ARE NOT IN NEED OF PUNISHING HIM.
OH, ALLAH, FORGIVE HIM. OH ALLAH, STRENGTHEN HIM.
ALLOHUM-MAGHFIR LAHU ALLAHUM-MA THABBIT-HU.
LET HIM KNOW HOW MUCH I LOVE HIM. REUNITE US LORD.
LET HIM HAVE HEARD ME. ACCEPT HIS SHAHADA. IF NOT EXCUSE HIS IGNORANCE.
GRANDPA, GRANDMA, AUNT NELL, UNCLE EMORY + ALL THE REST. HARLIN WITHER LOVING
GRANDDAD, AUNT DOT, UNCLE SAM, PHILIP MUSICA, GEORGE RUSSEL + THE REST. RUDOLPH VAN WAURN
HITLER, SKORZENY, HAJI AMIN AL HUSSAINI, MUSSOLINI, SADDAM HUSEIN, PROPHET MUHAMAD, JOHN THE BAPTIST, + ALL THE COMPANIONS + ABSERST MCCRAE'S
MICHAEL'S FIANCEE + BABY.        TROUT, JERRY HILL
JANINE'S GRANDMOTHER + GRANDFATHER.

THE LIVING

MOM, ASHLEY, AUNT SUZI, UNCLE MIKE, JOEL, COUSIN MICHAEL - COMFORT HIM LORD. NANA, DAN. EMILY
UNCLE RANDALL, AUNT MARYANN, DANA, JOSH.
MCNULTY, FABIOLA, TOM, LIZ, KYLEE, ALEXIS.
TOM STAYS SAFE.
JANINE, GIVE HER FAITH AND DISCIPLINE. HELP HER ACHIEVE HER AMBITIONS. KEEP HER SAFE AND HAPPY. HELP HER SKIN. LET HER KNOW SHE IS LOVED AND BEAUTIFUL. HELP HER GRADES. KEEP HER AWAY FROM CLUBS. HELP HER PRAYER. PROTECT ABDULLAH. PROTECT HER MOM AND DAD. KEEP HER DAD + GRANDFATHER HEALTHY (EYESIGHT/DIABETES/RESTORE)
BOY PAUL

GOVERNMENT EXHIBIT
10-814
1:16-cr-265

Coworkers
Brokenbourgh, Overton, Bethany, Burkholder, Oliver, Garcia, Fisher, Stokes, Rebar - get in shape, stay away from smoke, family life goes good. Stoddevent, Eubanks, Miller, Donahue, Young, Tiffany, Morgan, Coates, Estuer, Sully, Sully SA.

Ummah
Saleh, Khaseem, Khalil, Asif, Umer, Abdul Razak, Bashir (Bealey) (Sauser), Usama Muqbal, (Company) Ashkan, Rizwan, Samir, Saad + wife + kid. Bilal Zahid, Baser, Ahmad and Family, Business + Hous. (Yusef Estes)

Ali Al Timimi
All the Prisoners
People of Afganistan, Iraq, Pakistan

966-504-24406Ø



Name: 200px-Otto_Skorzeny_young.jpg

Created Date: 12/7/2007 4:05:56 PM (2007-12-07 21:05:56 UTC)

Accessed Date: 8/26/2016