



Name: qatar_report3.gif

Created Date: 12/7/2007 4:05:54 PM (2007-12-07 21:05:54 UTC)

Accessed Date: 8/26/2016



Name: qatar_report8.gif

Created Date: 12/7/2007 4:05:55 PM (2007-12-07 21:05:55 UTC)

Accessed Date: 8/26/2016



Name: 304733_733_avatar.jpg

Created Date: 12/7/2007 4:05:53 PM (2007-12-07 21:05:53 UTC)

Accessed Date: 8/26/2016



Name: isrldvl.bmp

Created Date: 11/16/2009 1:31:42 AM (2009-11-16 06:31:42 UTC)

Accessed Date: 6/23/2011 10:43:37 PM (2011-06-24 02:43:37 UTC)