10-706

# 5. Kompanie B 19. Panzergrenadier Rgt.
## Alert Roster

| Ustuf. Dietrich Meyer | Gren. Klaus Göth |
|---|---|
| | |
| E-mail | E-mail |
| Uschar. Otto Müller | Gren. Eugen Grabenräuber |
| | |
| E-mail ...et | |
| Uschar. Fritz Rentropp | Gren. Johann Stefan |
| | 07676 |
| | ...oumail.com |
| Strm. Klaus Düsselkamp<br>Nicholas Young<br>~~12711 Sabastian Drive~~ 12312 Oak Creek Lane<br>~~Fairfax, VA 22030~~ FAIRFAX VA 22033<br>~~Home: 703-815-6666~~<br>Cell: 571-275-3813<br>E-mail: NY12O3@aol.com | Obrgren. Karl Hohmann<br><br>Terrace 454 |
| Rttf. Christoph Braun<br><br><br>E-mail | Gren. Josef Schössler  Needs Updating<br><br>...ast.net |

GOVERNMENT EXHIBIT (redacted) 10-706



GOVERNMENT EXHIBIT 8-500 1:16-cr-265





**GOVERNMENT EXHIBIT**
**8-501**
1:16-cr-265



**GOVERNMENT EXHIBIT**
**8-502**
1:16-cr-265



GOVERNMENT
EXHIBIT
**8-504**
1:16-cr-265