GOVERNMENT
EXHIBIT
10-304
1:16-cr-265

All Songs

**ISIS Techno Remix (All**
Unknown Artist

**ISIS nasheed Life of hu**
Unknown Artist

**Jihad Nasheed - Be Lik**
Unknown Artist

**Jihad Nasheed - Rise O**
Unknown Artist

**Jihad Nasheed COME**
Unknown Artist

**THE LIONS OF GOD - N**
Unknown Artist

**Qawlu sawarim - Nashe**
Unknown Artist

GWF 290