GOVERNMENT EXHIBIT 2-123 1:16-cr-265



Messages   HWM5PPKH   Edit

Rafida rats. Allah bless you. Stay safe. Waalikom salam

Saturday, Jul 30, 2016

Salaam brother. So much happen here last few days just got back. I so relieved when u say none of our brothers were entrap by the kufar. May Allah protect these brothers from the kufar dogs. We must stay strong for the ummah. And may Allah protect u my most loyal brother.

2:01 PM

Thing become very busy here since coup attempt in turkey. So many of the police and military are arrested that border is become lose for our brothers to cross after be stuck in safehouse for many months Alhamdulillah. Border with sham just to large for them to lose thousands at once. Allah has reward us for patience. Khilafah in such need for brave brothers and also sisters for wifes are so hard to find. Many are excited for more sisters to come lol but many sisters also told to stay place for many months. We needed more brothers for fight so we move them before sister. InshaAllah you have any sister u thinking to marry? My wife is such blessing from Allah.

2:06 PM

GOVERNMENT EXHIBIT 2-125 1:16-cr-265



Messages   HWM5PPKH   Edit

7/31/16, 2:36 AM
Need to go for Isha brother and then
Saturday, Jul 30, 2016

Tuesday, Aug 2, 2016

Glad you weren't on ops for long. The border used to be easy I think as brothers would move back and forth often i would hear...like 3 ir 4 years ago. Before Turkey bent to zionist pressure. Was it easy when you got through? Inshallah it will get easy again and Turkey will mind their own business.

Lol, yeah I imagine the brothers are excited about the sisters getting there. Are the local families reluctant to wed their daughters? To be honest I would like to buy a slave..seriously, lol, but I heard the supply is low..inshallah a large crop of Alawi women will fall into the hands of the mujahedeen.

No one in particular. I was talking to a very smart sister from north Africa, she didnt have a good view of the khalifa, or any mujahideen really....but that isnt suprising due to the brainwashing in those corrupt mosques..(the jihad is within our selves, jihad of the pen, blah blah, the usual emotional stuff, zero evidence)

GOVERNMENT EXHIBIT 2-126 1:16-cr-265



> supply is low..inshallah a large crop of Alawi women will fall into the hands of the mujahedeen.

> No one in particular. I was talking to a very smart sister from north Africa, she didnt have a good view of the khalifa, or any mujahideen really....but that isnt suprising due to the brainwashing in those corrupt mosques..(the jihad is within our selves, jihad of the pen, blah blah, the usual emotional stuff, zero evidence) (but i am sure her ideas can change)but the idea of having to wait 6 months or a year for a visa and waiting and hoping it would get approved kinda made me despondent and I stopped communicating with her. I'm so used to being alone I'm really not actively looking, but u know I should. I know its good and fulfilling when the right one is found.

> Please let me know if you find any brothers from derna or Abu Salem martyrs brigade. News from there is hard to come by and I'd like to tie up some things for my piece of mind.

> As always be safe and Allah bless you.