# EXHIBIT 1



**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Virginia*

Justin W. Williams United States Attorney's Building
2100 Jamieson Ave
Alexandria, Virginia  22314-5794
(703)-299-3700

*Transmitted by email*

November 7, 2017

Linda Moreno P.A.
511 Avenue of the Americas, No. 312
New York, New York 10011
lindamoreno.esquire@gmail.com

    Re:   <u>U.S. v. Young, No. 1:16cr265  Discovery Letter #22 & 902(11) Certifications</u>

Dear Linda:

    In accordance with our discovery obligations in this case, I have left at the reception desk of the US Attorney's office an envelope for your retrieval, including the following items:

    1. A dvd marked "Discovery DVD 11-6-2017" and "Contains photos, CBP frm, FBI lap rpt, CART rpt, Passport appl."  The password for the dvd is on the back of the dvd's enclosing envelop.

    2. A dvd marked "CART Report 1B61 - Casio Flip Phone MEID A10000039016EA.  You need the second dvd in order to activate the links in the CART report included on the first dvd.

    3. A FBI FD-302 by Special Agent Shane Nishioka, regarding a VHS tape titled "Chechen Guerrilla Tactics Total Resistance."

    4. A spreadsheet containing Threema messages captured from the phone of Mohammad Bailor Jalloh (previously prosecuted in our office) that were exchanged between Jalloh and an individual using the account name "Yoda in da house."  In the first message, "Yoda in da house" identified himself as "Abu isa alamreki."   On line 45, "Yoda in da house" asked Jalloh to contact a REDACTED name.  On line 60, Yoda in da house explained that the person that he asked Jalloh to contact was part of the "operation team in the U.S."  The

    5. A screenshot from February 2016, showing that "Yoda in da house" stated he was looking for someone to send him Google Play gift cards in amounts of $30 to $100.

U.S. v.Young, 1:16cr265, 902(11) Certifications
November 7, 2017
Page 2

      6. A Department of Defense briefing from May 2016, noting the killing of an ISIS "external attack planner" known as Abu Isa Al Amriki.

      7. A warrant and affidavit to search a gmail account.

      8. I also have arranged for an additional page of classified discovery to be provided to Maura Peterson for provision to you.

      9. I know that you are in the process of considering a number of stipulations regarding the authentication of evidence, but I cannot on that basis simply forego providing you notice pursuant to Rule 902(11). Accordingly, pursuant to Federal Rule of Evidence 902(11), this letter is to provide you with notice of our intent to offer certain records of regularly conducted activity so that you have a fair opportunity to challenge them. The certifications of records of regularly conducted activity include the following exhibits:

| Exhibit # | Entity |
| --- | --- |
| 1-000 | 1&1 Mail & Media 902(11) certification |
| 1-400 | Yahoo 902(11) certification |
| 7-100 | Best Buy 902(11) certification |
| 7-200-1 | FedEx 902(11) certification |
| 7-200-2 | FedEx 902(11) certification |
| 7-200-3 | FedEx 902(11) certification |
| 7-200-4 | FedEx 902(11) certification |
| 7-200-5 | FedEx 902(11) certification |
| 7-200-6 | FedEx 902(11) certification |
| 7-200-7 | FedEx 902(11) certification |
| 7-200-8 | FedEx 902(11) certification |
| 7-200-9 | FedEx 902(11) certification |
| 7-200-10 | FedEx 902(11) certification |
| 7-200-11 | FedEx 902(11) certification |
| 7-300 | eBay 902(11) Certification |
| 8-100 | Facebook 902(11) Certification |

      All of the underlying exhibits have previously been provided to you in connection with our discussions of stipulations. They include:

| | | | |
| --- | --- | --- | --- |
| 1 | 100 | V4Vendetta@mail.com subscriber information | |
| 1 | 101 | 10/27/2014 Email from V4Vendetta@mail.com to Essakobayashi@mail.com "Subject: Safe in town" with Photo of Libyan Consulate attached | |
| 1 | 102 | 10/29/2014 Email from V4Vendetta@mail.com to Essakobayashi@mail.com "Subject: Travel." | |
| 1 | 103 | 10/30/2014 Email from V4Vendetta@mail.com to Essakobayashi@mail.com "Subject: Travel2"with Photo of Green Birds and Two Photos of a Mos… | |
| 1 | 104 | 11/20/2014 Email from V4Vendetta@mail.com to Essakobayashi@mail.com "Subject: Safe" describing making it to Dawlah. | |
| 1 | 105 | 01/07/2015 Email from V4Vendetta@mail.com to Essakobayashi@mail.com "Subject: Re: Christmas greetings…just kidding." | |

| | | |
|---|---|---|
| 1 | 106 | 01/29/2015 Email from V4Vendetta@mail.com to Essakobayashi@mail.com "Subject: missing the little things." |
| 1 | 107 | 03/02/2015 Email from V4Vendetta@mail.com to Essakobayashi@mail.com No Subject with Photo of a car and several individuals attached. |
| 1 | 108 | 05/10/2015 Email from V4Vendetta@mail.com to Essakobayashi@mail.com No Subject |
| 1 | 109 | 06/21/2015 Email from V4Vendetta@mail.com to Essakobayashi@mail.com "Subject: Re: Need advice." |
| 1 | 110 | 07/14/2015 Email from V4Vendetta@mail.com to Essakobayashi@mail.com "Subject: Re: Need advice." |
| 1 | 111 | 08/13/2015 Email from V4Vendetta@mail.com to Essakobayashi@mail.com "Subject: Re: Need advice." |
| 1 | 112 | 10/01/2015 Email from V4Vendetta@mail.com to Essakobayashi@mail.com "Subject: Re: Need advice." |
| 1 | 113 | 11/15/2015 Email from V4Vendetta@mail.com to Essakobayashi@mail.com "Subject: Re: Salam." |
| 1 | 114 | 01/14/2016 Email from V4Vendetta@mail.com to Essakobayashi@mail.com  No Subject. |
| 1 | 115 | 03/05/2016 Email from V4Vendetta@mail.com to Essakobayashi@mail.com  "Subject: Re: Yeah, they were asking about you.." |
| 1 | 116 | 04/18/2016 Email from V4Vendetta@mail.com to Essakobayashi@mail.com  "Subject: Salam." |
| 1 | 200 | Essakobayashi@mail.com subscriber information |
| 1 | 201 | 12/17/2014 Email from Essakobayashi@mail.com to V4Vendetta@mail.com "Subject: Re: Safe." |
| 1 | 202 | 12/17/2014 Email from Essakobayashi@mail.com to V4Vendetta@mail.com "Subject: Pics." |
| 1 | 203 | 12/26/2014 Email from Essakobayashi@mail.com to V4Vendetta@mail.com "Subject: Christmas greetings…just kidding." |
| 1 | 204 | 01/08/2015 Email from Essakobayashi@mail.com to V4Vendetta@mail.com "Subject: Re: Christmas greetings…just kidding." |
| 1 | 205 | 02/03/2015 Email from Essakobayashi@mail.com to V4Vendetta@mail.com "Subject: Re: missing the little things." |
| 1 | 206 | 02/18/2015 Email from Essakobayashi@mail.com to V4Vendetta@mail.com No Subject |
| 1 | 207 | 04/10/2015 Email from Essakobayashi@mail.com to V4Vendetta@mail.com Subject: Re: |
| 1 | 208 | 04/25/2015 Email from Essakobayashi@mail.com to V4Vendetta@mail.com Subject: Re: |
| 1 | 209 | 05/08/2015 Email from Essakobayashi@mail.com to V4Vendetta@mail.com No Subject |
| 1 | 210 | 05/13/2015 Email from Essakobayashi@mail.com to V4Vendetta@mail.com  Subject: Re: |
| 1 | 211 | 06/13/2015 Email from Essakobayashi@mail.com to V4Vendetta@mail.com  "Subject: Need advice." |
| 1 | 212 | 06/21/2015 Email from Essakobayashi@mail.com to V4Vendetta@mail.com  "Subject: Re: Need advice." |
| 1 | 213 | 07/01/2015 Email from Essakobayashi@mail.com to V4Vendetta@mail.com  No Subject. |
| 1 | 214 | 07/20/2015 Email from Essakobayashi@mail.com to V4Vendetta@mail.com "Subject: Re: Need Advice." |
| 1 | 215 | 09/07/2015 Email from Essakobayashi@mail.com to V4Vendetta@mail.com "Subject: Re: Need Advice." |
| 1 | 216 | 10/13/2015 Email from Essakobayashi@mail.com to V4Vendetta@mail.com "Subject: Re: Need Advice." |
| 1 | 217 | 11/05/2015 Email from Essakobayashi@mail.com to V4Vendetta@mail.com "Subject: Re: Need Advice." |
| 1 | 218 | 11/10/2015 Email from Essakobayashi@mail.com to V4Vendetta@mail.com "Subject: Salam." |
| 1 | 219 | 02/16/2016 Email from Essakobayashi@mail.com to V4Vendetta@mail.com  "Subject: Re: Yeah, they were asking about you.." |
| 1 | 220 | 02/16/2016 Email from Essakobayashi@mail.com to V4Vendetta@mail.com "Subject: Re: Salam." |
| 1 | 221 | 06/14/2016 Email from Essakobayashi@mail.com to V4Vendetta@mail.com "Subject: Ramadan Mubarak." |

*U.S. v.Young*, 1:16cr265, 902(11) Certifications
November 7, 2017
Page 4

| | | |
|---|---|---|
| 1 | 222 | 07/14/2016 Email from Essakobayashi@mail.com to V4Vendetta@mail.com  No Subject. |
| 1 | 300 | Malik the American subscriber information |
| 1 | 301 | 06/15/2015 Email from MALIKtheAmerican@mail.com to Mohamed_2060@yahoo.com "Subject: Salam alikom." |
| 1 | 302 | 06/28/2015 Email from MALIKtheAmerican@mail.com to EMAD_lias@yahoo.com "Subject: Salam Alikom." |
| 1 | 303 | 06/28/2015 Email from MALIKtheAmerican@mail.com to ifaga79@yahoo.com "Subject: Salam Alikom." |
| 1 | 304 | 06/28/2015 Email from MAILER-DAEMON@mail.gmx.com to MALIKtheAmerican@mail.com  indicating that the following email address, ifaga79@yahoo.com, failed. |
| 1 | 305 | 06/28/2015 Email from MALIKtheAmerican@mail.com to DRMICHLE2002@yahoo.com. Subject: Salam Alikom." |
| 1 | 306 | 09/07/2015 Email from MALIKtheAmerican@mail.com to Mohamed_2060@yahoo.com "Subject: Salam alikom." |
| 1 | 307 | 09/07/2015 Email from MALIKtheAmerican@mail.com to EMAD_lias@yahoo.com "Subject: Salam Alikom." |
| 1 | 308 | 09/07/2015 Email from MALIKtheAmerican@mail.com to DRMICHLE2002@yahoo.com "Subject: Salam Alikom." |

```
1-401      Freedomforlibya 777 email  6/11/2011
1-402      Freedomforlibya 777 email 6/13/2011
1-403      Freedomforlibya 777 email 6/15/2011
1-404      Freedomforlibya 777 email 6/20/2011
1-405      Freedomforlibya 777 email 7/22/2011
1-406      Freedomforlibya 777 email 8/15/2011
1-407      Freedomforlibya 777 email 8/18/2011
7-101      Best Buy surveillance tape
7-102      Best Buy record of sale of gift cards
7-201a     FedEx video surveillance still frame from 10/25/14
7-201b     FedEx video surveillance still frame from 10/25/14
7-201c     FedEx video surveillance still frame from 10/25/14
7-201d     FedEx video surveillance still frame from 10/25/14
7-201T1    FedEx video surveillance clip from 10/25/14
7-202a     FedEx video surveillance still frame from 12/17/14
7-202T1    FedEx video surveillance clip from 12/17/14
7-202T2    FedEx video surveillance clip from 12/17/14
7-202T3    FedEx video surveillance clip from 12/17/14
7-202T4    FedEx video surveillance clip from 12/17/14
7-202T5    FedEx video surveillance clip from 12/17/14
7-202T6    FedEx video surveillance clip from 12/17/14
7-202T7    FedEx video surveillance clip from 12/17/14
7-202T8    FedEx video surveillance clip from 12/17/14
7-202T9    FedEx video surveillance clip from 12/17/14
7-203T1    FedEx video surveillance clip from 12/26/14
7-203T2    FedEx video surveillance clip from 12/26/14
7-203T3    FedEx video surveillance clip from 12/26/14
7-203T4    FedEx video surveillance clip from 12/26/14
7-203T5    FedEx video surveillance clip from 12/26/14
7-204a     FedEx video surveillance still frame from 01/08/15
7-204T1    FedEx video surveillance clip from 01/08/15
```

*U.S. v.Young*, 1:16cr265, 902(11) Certifications
November 7, 2017
Page 5

| | |
|---|---|
| 7-204T2 | FedEx video surveillance clip from 01/08/15 |
| 7-204T3 | FedEx video surveillance clip from 01/08/15 |
| 7-204T4 | FedEx video surveillance clip from 01/08/15 |
| 7-204T5 | FedEx video surveillance clip from 01/08/15 |
| 7-204T6 | FedEx video surveillance clip from 01/08/15 |
| 7-205a | FedEx video surveillance still frame from 02/03/15 |
| 7-205b | FedEx video surveillance still frame from 02/03/15 |
| 7-205T1 | FedEx video surveillance clip from 02/03/15 |
| 7-205T2 | FedEx video surveillance clip from 02/03/15 |
| 7-205T3 | FedEx video surveillance clip from 02/03/15 |
| 7-205T4 | FedEx video surveillance clip from 02/03/15 |
| 7-206a | FedEx video surveillance still frame from 2/16/15 |
| 7-206T1 | FedEx video surveillance clip from 02/16/15 |
| 7-207a | FedEx video surveillance still frame from 2/18/15 |
| 7-207b | FedEx video surveillance still frame from 2/18/15 |
| 7-207T1 | FedEx video surveillance clip from 2/18/15 |
| 7-208T1 | FedEx video surveillance clip from 04/10/15 |
| 7-208T2 | FedEx video surveillance clip from 04/10/15 |
| 7-208T3 | FedEx video surveillance clip from 04/10/15 |
| 7-208T4 | FedEx video surveillance clip from 04/10/15 |
| 7-209a | FedEx video surveillance still frame from 4/25/15 |
| 7-209b | FedEx video surveillance still frame from 4/25/15 |
| 7-209T1 | FedEx video surveillance clip from 4/25/15 |
| 7-210T1 | FedEx video surveillance clip from 5/8/15 |
| 7-210T2 | FedEx video surveillance clip from 5/8/15 |
| 7-211a | FedEx video surveillance still frame from 5/13/15 |
| 7-211b | FedEx video surveillance still frame from 5/13/15 |
| 7-211c | FedEx video surveillance still frame from 5/13/15 |
| 7-211T1 | FedEx video surveillance clip from 5/13/15 |
| 7-211T2 | FedEx video surveillance clip from 5/13/15 |
| 7-211T3 | FedEx video surveillance clip from 5/13/15 |
| 7-212a | FedEx video surveillance still frame from 6/13/15 |
| 7-212b | FedEx video surveillance still frame from 6/13/15 |
| 7-212T1 | FedEx video surveillance clip from 6/13/15 |
| 7-212T2 | FedEx video surveillance clip from 6/13/15 |
| 7-213a | FedEx video surveillance still frame from 6/21/15 |
| 7-213b | FedEx video surveillance still frame from 6/21/15 |
| 7-213T1 | FedEx video surveillance clip from 6/21/15 |
| 7-214a | FedEx video surveillance still frame from 7/1/15 |
| 7-214T1 | FedEx video surveillance clip from 7/1/15 |
| 7-214T2 | FedEx video surveillance clip from 7/1/15 |
| 7-214T3 | FedEx video surveillance clip from 7/1/15 |
| 7-215T1 | FedEx video surveillance clip from 7/20/15 |
| 7-216 | FedEx video surveillance records from 10/13/15 |
| 7-217 | FedEx video surveillance records from 11/5/15 |
| 7-301 | eBay records |

*U.S. v.Young*, 1:16cr265, 902(11) Certifications
November 7, 2017
Page 6

| | | |
|---|---|---|
| 8-101 | | Facebook post:  Hunting Humans:  Where Them Zombies At? |
| 8-102 | | Facebook post:  Hunting Humans:  Start them Young (p378) |
| 8-103 | | Facebook profile:  Abu Musab w blacked out face (p424) |
| 8-104 | | Facebook Post:  Link to YouTube Screw Infidels (p74) |
| 8-107 | | Facebook - FBI Young page 23 May 11  re: Amin Husayni |
| 8-108 | | Facebook:  Link to Emerson Begolly arrest |
| 8-110 | | Photo of Charles (p1661) |
| 8-111 | | Photo of Young w Charles (p363) |

Thank you for your cooperation.

                                        Sincerely,

                                        Dana J. Boente
                                        United States Attorney

By:      _____
           Gordon D. Kromberg
           Assistant United States Attorney