IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 1:16-cr-265 (LMB) |
| NICHOLAS YOUNG, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Before the Court are defendant's Motion in Limine Concerning Evidence Produced on November 7, 2017 [Dkt. No. 137] and the United States of America's Motion to Amend/Correct Indictment [Dkt. No. 138]. Neither motion has been noticed for a hearing, and this case is scheduled for a jury trial starting Tuesday, December 5, 2017. To ensure that the trial starts on time, it is hereby

ORDERED that the parties appear before the Court at 9 a.m. on Friday, December 1, 2017 for a hearing on both motions [Dkt. Nos. 137 & 138].

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 20 day of November, 2017.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge