IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:16-cr-265 |
| | ) | |
| NICHOLAS YOUNG | ) | |

GOVERNMENT'S MOTION TO USE
ELECTRONIC EQUIPMENT IN THE COURTROOM

The United States moves the Court to allow the parties to make use of computer

equipment (including laptops and iPads), document camera, audio devices, and TV/VCR/DVD

combination equipment in the courtroom to publish admitted exhibits as well as to track evidence

at the upcoming trial.  Defense counsel have represented that they have no opposition to this

request, and authorized the government to file the instant motion.

Pursuant to Local Rule 47(E), the United States submits that no hearing is necessary for

resolution of this Motion.

Respectfully submitted,

Dana J. Boente
United States Attorney

By:        _____/s/_____
Gordon D. Kromberg
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Fax: (703) 299-3981
Email: gordon.kromberg@usdoj.gov

Certificate of Service

I hereby certify that on November 27, I electronically filed the foregoing

GOVERNMENT'S MOTION TO USE ELECTRONIC EQUIPMENT IN THE COURTROOM

with the Clerk of Court using the CM/ECF system, which will send a notification of such filing

(NEF) to counsel of record.


_____/s/_____
Gordon D. Kromberg
Assistant United States Attorney
Virginia Bar No. 33676
Assistant United States Attorney
Attorney for the United States
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3700
(703) 837.8242 (fax)
gordon.kromberg@usdoj.gov

2