IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA VIRGINIA

FILED

2017 NOV 28  P 4:51

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA, )  Criminal No. 1:16-cr-265
)
)
v. )
)
NICHOLAS YOUNG )
)

## TRIAL EXHIBIT CUSTODY FORM

Government/Defendant Exhibit(s) __1-000__ - __17-400__ were received on __11/28/2017__.

_____
Signature of person receiving exhibits

---

I certify that the exhibits being submitted to the court are those listed on the exhibit list filed.

_____
Signature of person receiving exhibits