IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:16-cr-265 (LMB) |
| ) | |
| NICHOLAS YOUNG ) | |
| ) | |
| Defendant. ) | |

## ORDER

This Court's practice is to permit only one laptop computer per party in the courtroom. Accordingly, the government's two previously filed Requests for Authorization to bring laptops and iPads into the courtroom [Dkt. Nos. 143 and 151] are DENIED.

Our Technology Staff has advised that Apple devices are not always compatible with the court's evidence presentation system. To ensure that defense counsel do not have any problems with the system, it is hereby

ORDERED that defense counsel immediately arrange with Court Technology Administrator Lance Bachman, to make sure that the one device for which they need to resubmit a Request for Authorization to bring into the courtroom will work with the system. Courtroom 700 will not be available for any test runs on Monday, December 4, 2017; therefore, if counsel are not familiar with how the courtroom technology operates, they must promptly arrange an orientation with Mr. Bachman.

Due to the recent pretrial publicity surrounding this case an expanded jury pool has been ordered and voir dire will be conducted in courtroom 900. Once the jury is selected the remainder of the trial will be conducted in courtroom 700.

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 30th day of November, 2017.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge