Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): Gordon D. Kromberg
John T. Gibbs
Fabian Vera

Electronic Device(s): (1) Laptop computer for trial presentation

Purpose and Location Of Use: Publish admitted exhibits in courtroom

Case No.: 1:16cr265

Date(s) Authorized: December 5, 2017 to December 15, 2017

IT Clearance Waived: ✓ (Yes) ___ (No)

APPROVED BY: /s/ [signature]
Leonie M. Brinkema
United States District Judge
United States District/Magistrate/Bankruptcy Judge

Date: November 30, 2017

A copy of this signed authorization must be presented upon entering the courthouse.

IT Clearance: _____
IT Staff Member          Date(s)

IT clearance must be completed, unless waived, before court appearance.