IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 1:16-CR-00265-LMB |
| v. | ) | |
| | ) | **IN CAMERA, EX PARTE** |
| NICHOLAS YOUNG | ) | |

NOTICE OF FILING IN RESPONSE TO
ORDER OF DECEMBER 5, 2017

Pursuant to the Court's order at the hearing on December 5, 2017, the government hereby provides the Court the enclosed document for ex parte in camera review.

Respectfully submitted,

Dana J. Boente
United States Attorney

Dated: December 5, 2017        By:        /s/
Evan N. Turgeon
Special Assistant United States Attorney

Gordon D. Kromberg
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Fax: (703) 299-3981
Email: gordon.kromberg@usdoj.gov