IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> NICHOLAS YOUNG, ) <br> ) <br> Defendant. ) | No. 1:16-cr-265 (LMB) |

### ORDER

In a hearing in open court on December 5, 2017, defendant raised an objection to the redactions contained in an FBI Memorandum that the government has produced to defendant in this case. The government has filed <u>ex parte</u> the classified, unredacted Memorandum [Dkt. No. 177] and the Court has reviewed it <u>in camera</u>. The Court finds that none of the redacted material is relevant to the issues in this case, let alone exculpatory. Accordingly, it is hereby

ORDERED that defendant's oral objection to the redactions be and is OVERRULED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 6th day of December, 2017.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge