IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | 1:16 cr 265 |
| v. | ) | |
| | ) | |
| NICHOLAS YOUNG | ) | |

<u>Government's First Amended List of Exhibits</u>

| # | ### | Exhibit |
|---|---|---|
| 1 | 100 | V4Vendetta@mail.com subscriber information |
| 1 | 101 | 10/27/2014 Email V4Vendetta@mail.com to Essakobayashi@mail.com "Subject: Safe in town" with Photo of Libyan Consulate attached |
| 1 | 102 | 10/29/2014 Email V4Vendetta@mail.com to Essakobayashi@mail.com "Subject: Travel." |
| 1 | 103 | 10/30/2014 Email V4Vendetta@mail.com to Essakobayashi@mail.com "Subject: Travel2"with Photo of Green Birds and Two Photos of a Mosque interior. |
| 1 | 104 | 11/20/2014 Email V4Vendetta@mail.com to Essakobayashi@mail.com "Subject: Safe" describing making it to Dawlah. |
| 1 | 105 | 01/07/2015 Email V4Vendetta@mail.com to Essakobayashi@mail.com "Subject: Re: Christmas greetings…just kidding." |
| 1 | 106 | 01/29/2015 Email V4Vendetta@mail.com to Essakobayashi@mail.com "Subject: missing the little things." |
| 1 | 107 | 03/02/2015 Email V4Vendetta@mail.com to Essakobayashi@mail.com No Subject with Photo of a car and several individuals attached. |
| 1 | 108 | 05/10/2015 Email V4Vendetta@mail.com to Essakobayashi@mail.com No Subject |
| 1 | 109 | 06/21/2015 Email V4Vendetta@mail.com to Essakobayashi@mail.com "Subject: Re: Need advice." |
| 1 | 110 | 07/14/2015 Email V4Vendetta@mail.com to Essakobayashi@mail.com "Subject: Re: Need advice." |
| 1 | 111 | 08/13/2015 Email V4Vendetta@mail.com to Essakobayashi@mail.com "Subject: Re: Need advice." |
| 1 | 112 | 10/01/2015 Email V4Vendetta@mail.com to Essakobayashi@mail.com "Subject: Re: Need advice." |
| 1 | 113 | 11/15/2015 Email V4Vendetta@mail.com to Essakobayashi@mail.com "Subject: Re: Salam." |
| 1 | 114 | 01/14/2016 Email V4Vendetta@mail.com to Essakobayashi@mail.com No Subject. |
| 1 | 115 | 03/05/2016 Email V4Vendetta@mail.com to Essakobayashi@mail.com "Subject: Re: Yeah, they were asking about you.." |

| ### | | Exhibit |
|---|---|---|
| 1 | 116 | 04/18/2016 Email V4Vendetta@mail.com to Essakobayashi@mail.com "Subject: Salam." |
| 1 | 200 | Essakobayashi@mail.com subscriber information |
| 1 | 201 | 12/17/2014 Email Essakobayashi@mail.com to V4Vendetta@mail.com "Subject: Re: Safe." |
| 1 | 202 | 12/17/2014 Email Essakobayashi@mail.com to V4Vendetta@mail.com "Subject: Pics." |
| 1 | 203 | 12/26/2014 Email Essakobayashi@mail.com to V4Vendetta@mail.com "Subject: Christmas greetings…just kidding." |
| 1 | 204 | 01/08/2015 Email Essakobayashi@mail.com to V4Vendetta@mail.com "Subject: Re: Christmas greetings…just kidding." |
| 1 | 205 | 02/03/2015 Email Essakobayashi@mail.com to V4Vendetta@mail.com "Subject: Re: missing the little things." |
| 1 | 206 | 02/18/2015 Email Essakobayashi@mail.com to V4Vendetta@mail.com No Subject |
| 1 | 207 | 04/10/2015 Email Essakobayashi@mail.com to V4Vendetta@mail.com Subject: Re: |
| 1 | 208 | 04/25/2015 Email Essakobayashi@mail.com to V4Vendetta@mail.com Subject: Re: |
| 1 | 209 | 05/08/2015 Email Essakobayashi@mail.com to V4Vendetta@mail.com No Subject |
| 1 | 210 | 05/13/2015 Email Essakobayashi@mail.com to V4Vendetta@mail.com  Subject: Re: |
| 1 | 211 | 06/13/2015 Email Essakobayashi@mail.com to V4Vendetta@mail.com  "Subject: Need advice." |
| 1 | 212 | 06/21/2015 Email Essakobayashi@mail.com to V4Vendetta@mail.com  "Subject: Re: Need advice." |
| 1 | 213 | 07/01/2015 Email Essakobayashi@mail.com to V4Vendetta@mail.com  No Subject. |
| 1 | 214 | 07/20/2015 Email Essakobayashi@mail.com to V4Vendetta@mail.com  "Subject: Re: Need Advice." |
| 1 | 215 | 09/07/2015 Email Essakobayashi@mail.com to V4Vendetta@mail.com  "Subject: Re: Need Advice." |
| 1 | 216 | 10/13/2015 Email Essakobayashi@mail.com to V4Vendetta@mail.com  "Subject: Re: Need Advice." |
| 1 | 217 | 11/05/2015 Email Essakobayashi@mail.com to V4Vendetta@mail.com  "Subject: Re: Need Advice." |
| 1 | 218 | 11/10/2015 Email Essakobayashi@mail.com to V4Vendetta@mail.com  "Subject: Salam." |
| 1 | 219 | 02/16/2016 Email Essakobayashi@mail.com to V4Vendetta@mail.com  "Subject: Re: Yeah, they were asking about you.." |
| 1 | 220 | 02/16/2016 Email Essakobayashi@mail.com to V4Vendetta@mail.com  "Subject: Re: Salam." |
| 1 | 221 | 06/14/2016 Email Essakobayashi@mail.com to V4Vendetta@mail.com  "Subject: Ramadan Mubarak." |
| 1 | 222 | 07/14/2016 Email Essakobayashi@mail.com to V4Vendetta@mail.com  No Subject. |
| 1 | 300 | Malik the American subscriber information |
| 1 | 301 | 06/15/2015 Email MALIKtheAmerican@mail.com to Mohamed_2060@yahoo.com "Subject: Salam alikom." |

| ### | | Exhibit |
|---|---|---|
| 1 | 302 | 06/28/2015 Email MALIKtheAmerican@mail.com to EMAD_lias@yahoo.com "Subject: Salam Alikom." |
| 1 | 303 | 06/28/2015 Email MALIKtheAmerican@mail.com to ifaga79@yahoo.com "Subject: Salam Alikom." |
| 1 | 304 | 06/28/2015 Email MAILER-DAEMON@mail.gmx.com to MALIKtheAmerican@mail.com indicating that the following email address, ifaga79@yahoo.com, failed. |
| 1 | 305 | 06/28/2015 Email MALIKtheAmerican@mail.com to DRMICHLE2002@yahoo.com. Subject: Salam Alikom." |
| 1 | 306 | 09/07/2015 Email MALIKtheAmerican@mail.com to Mohamed_2060@yahoo.com "Subject: Salam alikom." |
| 1 | 307 | 09/07/2015 Email MALIKtheAmerican@mail.com to EMAD_lias@yahoo.com "Subject: Salam Alikom." |
| 1 | 308 | 09/07/2015 Email MALIKtheAmerican@mail.com to DRMICHLE2002@yahoo.com "Subject: Salam Alikom." |
| 1 | 401 | Freedomforlibya 777 email  6/11/2011 |
| 1 | 402 | Freedomforlibya 777 email 6/13/2011 |
| 1 | 403 | Freedomforlibya 777 email 6/15/2011 |
| 1 | 404 | Freedomforlibya 777 email 6/20/2011 |
| 1 | 405 | Freedomforlibya 777 email 7/22/2011 |
| 1 | 406 | Freedomforlibya 777 email 8/15/2011 |
| 1 | 407 | Freedomforlibya 777 email 8/18/2011 |
| 1 | 408 | FreedomforLibya emails, in MS Word (cleaned up) - all |
| 1 | 410 | Young affidavit re: creation of Freedomforlibya777 account |
| 1 | 600 | Microsoft record re: flyingdutchman1979@hotmail.com |
| 1 | 701 | Google Account Information for Argeltal777 |
| 1 | 702 | Record of Purchase of Threema App by Argeltal777 |
| 2 | 101 | On-Line Undercover Threema message capture "I pray the situation is better than the news portrays." |
| 2 | 102 | On-Line Undercover Threema message capture "Threema ID" |
| 2 | 103 | On-Line Undercover Threema message capture "We believe she is showing signs of being pregnet" |
| 2 | 104 | On-Line Undercover Threema message capture "I don't pay attention to kafir news . . ." |
| 2 | 105 | On-Line Undercover Threema message capture "So there was something I need help with . . ." |
| 2 | 106 | On-Line Undercover Threema message capture "Weve been using threema for a while now . . ." |

| ### | | Exhibit |
|---|---|---|
| 2 | 107 | On-Line Undercover Threema message capture<br>"Simce the blessed operation in Belgium a while ago . . ." |
| 2 | 108 | On-Line Undercover Threema message capture<br>"You can see Why I didn't want to say to you all this on email." |
| 2 | 109 | On-Line Undercover Threema message capture<br>"Their desire to fight for their religion is a inspiration . . ." |
| 2 | 110 | On-Line Undercover Threema message capture "Congratulations on your child" |
| 2 | 111 | On-Line Undercover Threema message capture "There is a large base in Djibouti." |
| 2 | 112 | On-Line Undercover Threema message capture<br>"The brothers in UK stop getting codes to save for hijrah . . ." |
| 2 | 113 | On-Line Undercover Threema message capture<br>"Pls tell me none of brothers we know got entrap by kufar." |
| 2 | 114 | On-Line Undercover Threema message capture<br>"I hate that they bothered u because of choices I make." |
| 2 | 115 | On-Line Undercover Threema message capture  ". . . brother my heart dropped a little bit . . ." |
| 2 | 116 | On-Line Undercover Threema message capture  "I have not heard anything new about Djibouti?" |
| 2 | 117 | On-Line Undercover Threema message capture "No one we know got entrapped." |
| 2 | 118 | On-Line Undercover Threema message capture "Yea, I'm careful." |
| 2 | 119 | On-Line Undercover Threema message capture "Yeah, the bases they have are strong." |
| 2 | 120 | On-Line Undercover Threema message capture  "…oh, and YOU are the smart one." |
| 2 | 121 | On-Line Undercover Threema message capture<br>". . . The brothers in Sudan will be grateful for your help." |
| 2 | 122 | On-Line Undercover Threema message capture "Rafida rats." |
| 2 | 123 | On-Line Undercover Threema message capture<br>"Salaam brother.  So much happen here last few days . . ." |
| 2 | 124 | On-Line Undercover Threema message capture  "Thing become very busy here since coup . . ." |
| 2 | 125 | On-Line Undercover Threema message capture  "Glad you weren't on ops for long." |
| 2 | 126 | On-Line Undercover Threema message capture<br>"No one in particular.  I was talking to a very smart sister . . ." |
| 2 | 127 | On-Line Undercover Threema message capture "Respond to verify receipt…" |
| 2 | 128 | On-Line Undercover Threema message capture "End of MSG on this number" |
| 2 | 129 | On-Line Undercover Threema message capture ". . . may Allah reward you for efforts." |
| 2 | 130 | On-Line Undercover Threema message capture<br>"glad it came through. Getting rid of device now..fo real." |

| ### | | Exhibit |
|---|---|---|
| 3 | 101 | Truck seizure Aug 2016  Photo of Truck on Tow Truck |
| 3 | 102 | Photo of Phone GX3-120 from under truck |
| 3 | 103 | Photo of Phone GX 3-120 from under truck - close up |
| 3 | 104 | Email to V4Vendetta w/o header info |
| 3 | 105 | Malik the American handwritten on email to Mohamed in Libya |
| 3 | 108 | 1B402 - CBP register property taken abroad Aug 11 |
| 3 | 109 | 1B400 - CBP Form 6059B, May 2011 "France/Egypt/Libya" |
| 3 | 110 | SS Tie Tac |
| 3 | 115 | Photo of truck bumper sticker "Libya Civil War Vet" |
| 3 | 117 | Fedex stored value card (1) |
| 3 | 118 | Fedex stored value card (2) |
| 3 | 119 | Fedex stored value card (3) |
| 3 | 120 | Fedex stored value card (4) |
| 3 | 125 | Virgin Mobile account summary |
| 3 | 200 | ZTE phone from tow truck - IMEI ending in 0874 |
| 3 | 203 | Threema Screen capture 1B18 - Threema contacts |
| 3 | 204 | Threema Screen capture 1B18  Threema test messages July 14 |
| 3 | 205 | Threema Screen capture 1B18  A Late Eid Mubarak |
| 3 | 206 | Threema Screen capture 1B18   "So there was something I need help with" |
| 3 | 207 | Threema Screen capture 1B18 "We've been using threema for a while now" |
| 3 | 208 | Threema Screen capture 1B18  "what we need is more of the Google codes" |
| 3 | 209 | Threema Screen capture 1B18  18 July & 25 July 1447 |
| 3 | 210 | Threema Screen capture 1B18 "I see your messages were from the 18th" |
| 3 | 211 | Threema Screen capture 1B18"Why were the brothers in the UK told to stop?" |
| 3 | 212 | Threema Screen capture 1B18"many sting operations" |
| 3 | 213 | Threema Screen capture 1B18"The brothers in UK" |
| 3 | 214 | Threema Screen capture 1B18"Please tell me none" |
| 3 | 215 | Threema Screen capture 1B18"My heart dropped little bit" |
| 3 | 216 | Threema Screen capture 1B18"No one we know got entrapped" |
| 3 | 217 | Threema Screen capture 1B18 "Yeah I'm careful" |

| ### | | Exhibit |
|-----|-----|---------|
| 3 | 218 | Threema Screen capture 1B18  29 July 0803 |
| 3 | 219 | Threema Screen capture 1B18   "and YOU are the smart on" |
| 3 | 220 | Threema Screen capture 1B18 29 July 0826 "The brothers in Sudan will be grateful" |
| 3 | 221 | Threema Screen capture 1B18   30 July 1401 "So much has happened" |
| 3 | 222 | Threema Screen capture 1B18  "things became very busy here |
| 3 | 223 | Threema Screen capture 1B18   Aug 2 1205  Glad you weren't on ops for long |
| 3 | 224 | Threema Screen capture 1B18  "To be honest I would like to buy a slave" |
| 3 | 225 | Threema Screen capture 1B18 "let me know if you find any brothers from Abu Salim Martyrs" |
| 3 | 226 | Threema Screen capture 1B18:  Aug 2 "As always be safe and Alla" |
| 3 | 300 | Sony Cyber Shot Camera seized from truck |
| 3 | 302 | Photo Young: robed w gun & knife: |
| 4 | 101 | Truck registration |
| 4 | 102 | Paper scrap w Threema Account |
| 4 | 104 | Roti Falafel ad |
| 4 | 105 | Drivers License |
| 4 | 106 | Backpack inside view with receipts |
| 4 | 107 | Best Buy Receipt |
| 4 | 108 | Verizon gift card |
| 4 | 109 |  ZTE AT&T GoPhone packaging  IMEI ending 0874 |
| 4 | 200 | Phone on person Verizon G'z,   571.236.8195 |
| 4 | 203 | Graphic from phone:  Finish what Hitler started |
| 4 | 300 | Booking photo of Nicholas Young's tattoo |
| 5 | 101 | Recording of Interview with Nicholas Young: 12/3/15 |
| 5 | 101-1 | Clip 1 from recording of interview with Nicholas Young: 12/3/15 |
| 5 | 101-1T | Transcript of Clip 1 from recording of interview with Nicholas Young: 12/3/15 |
| 5 | 101-2 | Clip 2 from recording of interview with Nicholas Young:  12/3/15 |
| 5 | 101-2T | Transcript of Clip 2 from recording of interview with Nicholas Young: 12/3/15 |
| 5 | 101-3 | Clip 3 From recording of interview with Nicholas Young: 12/3/15 |
| 5 | 101-3T | Transcript of Clip 3 from recording of interview with Nicholas Young: 12/3/15 |
| 5 | 101-4 | Clip 4 from recording of interview with Nicholas Young: 12/3/15 |

| ### | | Exhibit |
|---|---|---|
| 5 | 101-4T | Transcript of Clip 4 from recording of interview with Nicholas Young: 12/3/15 |
| 5 | 101-5 | Clip 5 from recording of interview with Nicholas Young: 12/3/15 |
| 5 | 101-5T | Transcript of Clip 5 from recording of interview with Nicholas Young: 12/3/15 |
| 5 | 101-6 | Clip 6 from recording of interview with Nicholas Young: 12/3/15 |
| 5 | 101-6T | Transcript of Clip 6 from recording of interview with Nicholas Young: 12/3/15 |
| 5 | 101-7 | Clip 7 from recording of interview with Nicholas Young: 12/3/15 |
| 5 | 101-7T | Transcript of Clip 7 from recording of interview with Nicholas Young: 12/3/15 |
| 5 | 102 | Recording of interview with Nicholas Young: December 5, 2015 |
| 5 | 102-T | Transcript of recording of interview with Nicholas Young: December 5, 2015 |
| 5 | 301-T | Transcript of interview with Nicholas Young, August 3, 2016 partial |
| 5 | 301-1 | 1st clip from interview with Nicholas Young, August 3, 2016 |
| 5 | 301-2 | 2nd clip from interview with Nicholas Young, August 3, 2016 |
| 5 | 301-3 | 3rd clip from interview with Nicholas Young, August 3, 2016 |
| 5 | 301-T1 | Transcript of 1st clip from August 3, 2016 video of interview of Nicholas Young |
| 5 | 301-T2 | Transcript of 2nd clip from August 3, 2016 video of interview of Nicholas Young |
| 5 | 301-T3 | Transcript of 3rd clip from August 3, 2016 video of interview of Nicholas Young |
| 5 | 302 | Miranda form, August 3, 2016 |
| 5 | 303 | Photo Shown to Young on 8/3/16 - NOT FILED PUBLICLY |
| 6 | 101 | 07/27/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 101-1 | Clip 1 From 07/27/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 101-1T | Transcript of Clip 1 From 07/27/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 101-2 | Clip 2 From 07/27/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 101-2T | Transcript of Clip 2 From 07/27/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 101-3 | Clip 3 from 07/27/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 101-3T | Transcript of Clip 3 from 07/27/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 102 | 08/10/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 102-1 | Clip 1 From 08/10/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 102-1T | Transcript of Clip 1 From 08/10/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 102-2 | Clip 2 From 08/10/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 102-2T | Transcript of Clip 2 From 08/10/2014 Recording of Mo's meeting with Nicholas Young |

| ### | | Exhibit |
|---|---|---|
| 6 | 103 | 09/11/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 103-1 | Clip 1 From 09/11/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 103-1T | Transcript of Clip 1 from 09/11/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 103-2 | Clip 2 From 09/11/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 103-2T | Transcript of Clip 2 from 09/11/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 103-3 | Clip 3 From 09/11/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 103-3T | Transcript of Clip 3 from 09/11/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 103-4 | Clip 4 From 09/11/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 103-4T | Transcript of Clip 4 from 09/11/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 103-5 | Clip 5 From 09/11/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 103-5T | Transcript of Clip 5 from 09/11/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 103-6 | Clip 6 From 09/11/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 103-6T | Transcript of Clip 6 from 09/11/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 103-7 | Clip 7 From 09/11/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 103-7T | Transcript of Clip 7 from 09/11/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 104 | 10/02/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 104-1 | Clip 1 From 10/02/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 104-1T | Transcript of Clip 1 from 10/02/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 104-2 | Clip 2 From 10/02/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 104-2T | Transcript of Clip 2 from 10/02/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 104-3 | Clip 3 From 10/02/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 104-3T | Transcript of Clip 3 from 10/02/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 105 | 10/10/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 105-1 | Clip 1 From 10/10/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 105-1T | Transcript of Clip 1 from 10/10/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 106 | 10/16/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 106-1 | Clip 1 From 10/16/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 106-1T | Transcript of Clip 1 from 10/16/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 106-2 | Clip 2 From 10/16/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 106-2T | Transcript of Clip 2 from 10/16/2014 Recording of Mo's meeting with Nicholas Young |

| ### | | Exhibit |
|---|---|---|
| 6 | 106-3 | Clip 3 From 10/16/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 106-3T | Transcript of Clip 3 from 10/16/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 106-4 | Clip 4 From 10/16/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 106-4T | Transcript of Clip 4 from 10/16/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 106-5 | Clip 5 From 10/16/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 106-5T | Transcript of Clip 5 from 10/16/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 107 | 10/17/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 107-1 | Clip 1 From 10/17/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 107-1T | Transcript of Clip 1 from 10/17/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 108 | 10/23/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 108-1 | Clip 1 From 10/23/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 108-1T | Transcript of Clip 1 from 10/23/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 108-2 | Clip 2 From 10/23/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 108-2T | Transcript of Clip 2 from 10/23/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 108-3 | Clip 3 From 10/23/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 108-3T | Transcript of Clip 3 from 10/23/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 109 | 10/25/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 109-1 | Clip 1 From 10/25/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 109-1T | Transcript of Clip 1 from 10/25/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 109-2 | Clip 2 From 10/25/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 109-2T | Transcript of Clip 2 from  10/25/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 109-3 | Clip 3 From 10/25/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 109-3T | Transcript of Clip 3 from 10/25/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 109-4 | Clip 4 From 10/25/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 109-4T | Transcript of Clip 4 from 10/25/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 109-5 | Clip 5 From 10/25/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 109-5T | Transcript of Clip 5 from 10/25/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 109-6 | Clip 6 From 10/25/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 109-6T | Transcript of Clip 6 from 10/25/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 109-7 | Clip 7 From 10/25/2014 Recording of Mo's meeting with Nicholas Young |

| ### | | Exhibit |
|---|---|---|
| 6 | 109-7T | Transcript of Clip 7 from 10/25/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 109-8 | Clip 8 From 10/25/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 109-8T | Transcript of Clip 8 from 10/25/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 109-9 | Clip 9 From 10/25/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 109-9T | Transcript of Clip 9 from 10/25/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 110-1 | Clip 1 from 10/09/2014 Recording of Mo's meeting with Nicholas Young |
| 6 | 110-1T | Transcript of Clip 1 from 10/09/2014 Recording with Nicholas Young |
| 6 | 200 | Verizon certificate of authenticity |
| 6 | 201 | Mo text message |
| 6 | 202 | Pen Register Order |
| 6 | 203 | Verizon record of Young's text message to Mo, 11/20/14 |
| 7 | 101 | Best Buy surveillance tape |
| 7 | 101-1 | Best Buy surveillance video clip 1 |
| 7 | 101-2 | Best Buy surveillance video clip 2 |
| 7 | 101-3 | Best Buy surveillance video clip 3 |
| 7 | 102 | Best Buy record of sale of gift cards |
| 7 | 201a | FedEx video surveillance still frame from 10/25/14 |
| 7 | 201b | FedEx video surveillance still frame from 10/25/14 |
| 7 | 201c | FedEx video surveillance still frame from 10/25/14 |
| 7 | 201d | FedEx video surveillance still frame from 10/25/14 |
| 7 | 202a | FedEx video surveillance still frame from 12/17/14 |
| 7 | 204a | FedEx video surveillance still frame from 01/08/15 |
| 7 | 205a | FedEx video surveillance still frame from 02/03/15 |
| 7 | 205b | FedEx video surveillance still frame from 02/03/15 |
| 7 | 206 | (Intentionally Omitted) |
| 7 | 207a | FedEx video surveillance still frame from 2/18/15 |
| 7 | 207b | FedEx video surveillance still frame from 2/18/15 |
| 7 | 209a | FedEx video surveillance still frame from 4/25/15 |
| 7 | 209b | FedEx video surveillance still frame from 4/25/15 |

| ### | | Exhibit |
|---|---|---|
| 7 | 211a | FedEx video surveillance still frame from 5/13/15 |
| 7 | 211b | FedEx video surveillance still frame from 5/13/15 |
| 7 | 211c | FedEx video surveillance still frame from 5/13/15 |
| 7 | 212a | FedEx video surveillance still frame from 6/13/15 |
| 7 | 212b | FedEx video surveillance still frame from 6/13/15 |
| 7 | 213a | FedEx video surveillance still frame from 6/21/15 |
| 7 | 213b | FedEx video surveillance still frame from 6/21/15 |
| 7 | 214a | FedEx video surveillance still frame from 7/1/15 |
| 7 | 216a | FedEx video surveillance still frame from 2/16/16 |
| 8 | 101 | Ciaphas Cain Facebook Account post:  Hunting Humans:  Where Them Zombies At? |
| 8 | 102 | Ciaphas Cain Facebook Account post:  Hunting Humans:  Start them Young (p378) |
| 8 | 103 | Ciaphas Cain Facebook Account profile:  Abu Musab w blacked out face (p424) |
| 8 | 104 | Ciaphas Cain Facebook Account:  Link to YouTube Screw Infidels (p74) |
| 8 | 105 | YouTube Music Video "Screw Infidels" screenshot |
| 8 | 106 | YouTube Music Video "Screw Infidels" |
| 8 | 107 | Ciaphas Cain Facebook Account screenshot     May 23, 2011 |
| 8 | 108 | Ciaphas Cain Facebook Account:  Link to Emerson Begolly arrest |
| 8 | 109 | YouTube: FBI:  Man Known Online as "Alshishani" Bites FBI Agent - wtae |
| 8 | 110 | Ciaphas Cain Facebook Account:  Photo of Charles |
| 8 | 112 | Facebook account information for Ciaphas Cain account |
| 8 | 113 | Ciaphas Cain Facebook Account: Link to The Light Pt. 40 (Satanic Leaders Run The World) 6/10/12 |
| 8 | 114 | Ciaphas Cain Facebook Account: Link to The Light Pt 17 (The Face Of Zionism) 3/1/14 |
| 8 | 115 | Ciaphas Cain Facebook Account:  Ciaphas Cain shared The Light Revelation's Photo, 12/25/15 |
| 8 | 500 | LiveLeak - summary of Dusselkamp user |
| 8 | 501 | LiveLeak:  Jordanian Pilot (reference to YouTube video) |
| 8 | 502 | LiveLeak:  Jordanian Pilot got what was coming to him |
| 8 | 503 | LiveLeak:  Of course ISIS are Muslims |
| 8 | 504 | LiveLeak:  Disbelief of the Koran |
| 8 | 505 | LiveLeak: Thumbs Up on a Dozen ISIS channels |
| 8 | 507 | Liveleak:  You Misguided Kafir |

| ### | | Exhibit |
|-----|-----|---------|
| 8 | 510 | Liveleak:  5/21/11:  "Got back early and in one piece" |
| 9 | 100 | Photo of Ali Al-Timimi |
| 9 | 101 | Photo of Zachary Chesser |
| 9 | 102 | Photo of Saleh Al-Barmawi |
| 9 | 103 | Photo of Amine El-Khalifi |
| 9 | 104 | Photo of Liban Mohamed |
| 9 | 105 | Photo of Hicham Hall |
| 9 | 106 | Photo of Peshwaz Waise |
| 9 | 107 | Photo of Tejpal Singh |
| 9 | 108 | Photo of Farooque Ahmed |
| 10 | 000 | Photo of Front of House |
| 10 | 100 | 2016 laptop |
| 10 | 101 | CART report laptop |
| 10 | 103 | UBL drawing |
| 10 | 105 | Horseman w Caliphate flag |
| 10 | 106 | ISIS map of the world |
| 10 | 109 | ISIS Executioner the Bulldozer |
| 10 | 202 | UBL video |
| 10 | 203 | Terrorism Manual |
| 10 | 204 | Flag - Caliphate |
| 10 | 205 | suicide bombers marching |
| 10 | 206 | masked terrorists |
| 10 | 207 | Warrior with Bloody sword & flag |
| 10 | 208 | Hourglass:  many into 1 caliphate |
| 10 | 220 | 5_Tattoos.pps |
| 10 | 230 | The Alliance between Nazis & Islamists |
| 10 | 231 | Mufti & Hitler |
| 10 | 232 | Mufti inspecting troops |
| 10 | 233 | Mufti reviewing troops2 |
| 10 | 234 | Mufti shooting |

| ### | | Exhibit |
|---|---|---|
| 10 | 235 | Mufti saluting troops |
| 10 | 236 | Mufti portrait |
| 10 | 237 | Bosnian troops reading Islam und Judentun |
| 10 | 238 | Bosnian Islamic troops |
| 10 | 239 | Bosnian Islamic troops2 |
| 10 | 240 | Mufti on magazine cover |
| 10 | 241 | God Bless Hitler |
| 10 | 242 | Skorzeny |
| 10 | 250 | Cartoon Jew directing USA tank |
| 10 | 251 | Cartoon Jew directing Colin Powell |
| 10 | 252 | Jewish swine |
| 10 | 303 | iPod List - ISIS nasheeds 1 |
| 10 | 304 | iPod List - ISIS nasheeds 2 |
| 10 | 305 | iPod List - ISIS nasheeds 3 |
| 10 | 305-T | Translation of nasheed on 10-305 |
| 10 | 400 | 10 long guns |
| 10 | 405 | Assault rifle - serial number CM19374 |
| 10 | 420 | Seven pistols |
| 10 | 421 | One .45 caliber Kimber handgun |
| 10 | 428 | Photos of ammunition (2) |
| 10 | 430 | Night vision scope S/N 30284691 |
| 10 | 431 | Rifle scopes (3) |
| 10 | 434 | Night Vision kit |
| 10 | 435 | Knives - metal  (28) |
| 10 | 459 | Knife with Nazi Swastika in handle |
| 10 | 465 | Bayonets (4) |
| 10 | 470 | Swords (7) |
| 10 | 480 | Knives - plastic/polymer  (4) |
| 10 | 486 | Dagger |
| 10 | 490 | Cutting weapons, misc (10) |

| ### | | Exhibit |
|---|---|---|
| 10 | 495 | Knife with "Meine Ehre Heist Treue" etched on blade, with SS chain sheath |
| 10 | 500 | Body Armor (approximately 60 pieces) |
| 10 | 532 | Ballistic mask |
| 10 | 532A | Young wearing facemask (photo) |
| 10 | 603 | Grenade Ignition Kit |
| 10 | 604 | Thermite Grenade  (photo only) |
| 10 | 605 | Grenades (5) |
| 10 | 620 | Bug detector |
| 10 | 650 | Cell phones (approximately 18) |
| 10 | 700 | Hitler portrait [photo only] |
| 10 | 701 | SS Hitlers Instrument of Terror |
| 10 | 702 | SS books |
| 10 | 703 | SS Tie tac case [photo only] |
| 10 | 706 | Alert Roster |
| 10 | 710 | Nazi  belt buckle |
| 10 | 711 | Hitler:  no more Mr. Nice Guy |
| 10 | 714 | German flag |
| 10 | 715 | Dusselkamp Locker (2 photos) |
| 10 | 716 | Secret squirrel patch |
| 10 | 801 | Western Union Receipt  10-30-2008 |
| 10 | 803 | Western Union   Simon Belmont  [photo only] |
| 10 | 804 | rudolph von waldron drug order |
| 10 | 805 | Von Waldron Western Union order 7/15/15 |
| 10 | 806 | WMATA Denial of Leave emails |
| 10 | 807 | State Dept letter 7/28/11 re: return of armor |
| 10 | 810 | Young passport.pdf |
| 10 | 812 | Grammaticus Afton Arms receipt |
| 10 | 814 | Prayer for Mom, Dad, Hitler, Saddam, Skorzeny; the Mufti |
| 10 | 817 | Sash w Arabic writing |
| 10 | 818 | Anwar Awlaki dvd set:  Hereafter |

| ### | | Exhibit |
|---|---|---|
| 10 | 820 | Unconventional Warfare Devices Techniques US Army manual |
| 10 | 821 | Warning Signs of Terrorist Events |
| 10 | 822 | Awlaki Hereafter Volume 2 (Photo only) |
| 10 | 823 | Libyan Customs seizure form |
| 10 | 824 | Paypal invoice for night vision scope |
| 10 | 825 | DTRA access badges (photo only) |
| 10 | 826 | Boost Mobile receipt 12/2/11 Simon Belmont (photo only) |
| 10 | 827 | Virgin Mobile account activation form (photo only) |
| 10 | 850 | *Inspire* - Fall 2010 Issue 2 (paper found at residence) |
| 10 | 860 | Hunter |
| 10 | 861 | Serpents Walk |
| 10 | 862 | Who Rules America -  - [photo only] |
| 10 | 863 | White Power music |
| 10 | 900 | DVD Nazis by Swastika Flag |
| 10 | 903 | Young with pistol- Nazi uniform |
| 10 | 905 | Young  by Swastika flag |
| 10 | 907 | Young w SS death's head hard hat |
| 10 | 908 | Young w SS death's head soft hat |
| 11 | 101 | Khalil recording of meeting w Young, 1/26/12 |
| 11 | 102 | Khalil recording of meeting w Young, 2/11/12 |
| 11 | 103 | Khalil recording of meeting w Young,  2/13/12 |
| 11 | 104 | Khalil recording of meeting w Young, 2/26/12 |
| 11 | 105 | Khalil recording of meeting w Young, 4/27/12 |
| 11 | 202 | Khalil notes by Khalil |
| 11 | 220 | Young message to Khalil, 4/20/13 |
| 11 | 400 | 2012 truck photo FRI-KRP |
| 11 | 401 | Israeli flag doormat photo |
| 11 | 600 | Sprint subscriber information for Otis Driftwood |
| 13 | 101 | Information for Prospective Members of the National Alliance |
| 13 | 102 | Free Speech - October 2000 |

| ### | | Exhibit |
|-----|------|---------|
| 13 | 103 | Heritage and Destiny - Fall 2000 |
| 13 | 104 | What is the National Alliance |
| 13 | 105 | Serpent's Walk – Hard Copy |
| 13 | 400 | MWATA PD Chief Taborn Letter re: Benton |
| 14 | 100 | The Book of Jihad |
| 14 | 101 | Inspire, Summer 2010 |
| 14 | 102 | Inspire, Fall 2010  E |
| 14 | 103 | Inspire, Winter 2010 |
| 14 | 104 | Inspire, November 2010 (Special Issue) |
| 14 | 105 | Inspire March 2011 |
| 14 | 106 | How to Make Semtex & other explosives) |
| 14 | 112 | Young as Nazi w old Nazi  - 28 Jan 06 |
| 14 | 113 | Young as Nazi w Swastika  - 28 Jan 06 |
| 14 | 114 | Heil Hitler not Young - 28 Jan 06 |
| 14 | 116 | Young in Muslim garb - sitting - 2/2/06 |
| 14 | 117 | Young w Keffiyeh - - 2/2/06 |
| 14 | 118 | Young w Keffiyeh - 2/2/06 |
| 14 | 119 | Young w Keffiyeh & rifle - 2/2/06 |
| 14 | 120 | Hunting Humans - Field  7/15/2010 |
| 14 | 121 | Hunting Humans - Field 5  7/16/2010 |
| 14 | 122 | Hunting Humans - Field 8  7/16/2010 |
| 14 | 123 | Hunting with Kaffiyeh - Field 6  7/16/2010 |
| 14 | 124 | Hunting with Kaffiyeh - Field 7  7/16/2010 |
| 14 | 134 | Demjanjuk.bmp |
| 14 | 135 | Israel is the real Devil  - flag w swastika |
| 14 | 140 | Email, 11/23/11, herebydragons777 to  Grammaticus |
| 14 | 141 | Screenshots of YouTube Channel alex7263 |
| 14 | 180 | List of Websites Visited by Young  (partial) |
| 15 | 201 | Comparison, Abu Musab & Young profile photo 22 Sep 13 |
| 16 | 000 | Nicholas Caslen Case Timeline |

| ### | | Exhibit |
|-----|-----|-----|
| 16 | 001 | List of Grand jury subpoenas |
| 16 | 002 | SA Caslen's description of Videos on YouTube channel Alex7263 |
| 16 | 101 | Body Armor at Dulles Airport 5/24/11 Photo |
| 16 | 102 | Nicholas Young Passport at Dulles Airport 5/24/11 Photo |
| 16 | 103 | Email Grammitcus to Tiffany Washington re: leave 8/11 |
| 16 | 105 | MWATA PD Code of Honor |
| 16 | 106 | Young's Oath of Office at WMATA PD |
| 16 | 200 | Photos of Young's belongings 4/5/11 |
| 16 | 201 | CBP Form 4457 - Customs Dec & Cert. of Registration for Personal Effects Taken Abroad, 4/5/11 |
| 16 | 401 | WMATA - B.A.S.S. training slides (excerpts) |
| 16 | 402 | WMATA - P.A.T.R.I.O.T training slides (excerpts) |
| 16 | 407 | MWATA Application by Young |
| 17 | 100 | Paul Lee CV (CART) |

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____/s/_____.
Gordon D. Kromberg
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Fax: (703) 299-3981
Email: gordon.kromberg@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 7, 2017, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will send a notification of filing ("NEF") to

counsel of record for the defense.

By: _____/s/_____.
                Gordon D. Kromberg
                Assistant United States Attorney
                United States Attorney's Office
                2100 Jamieson Avenue
                Alexandria, Virginia 22314
                Phone: (703) 299-3700
                Fax: (703) 299-3981
                Email: gordon.kromberg@usdoj.gov