IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

RECEIVED

2017 DEC -8  A 9: 44

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:16-CR-265 |
| v. ) | |
| ) | The Honorable Leonie M. Brinkema |
| NICHOLAS YOUNG, ) | |
| ) | |
| Defendant. ) | |

## PRAECIPE FOR SUBPOENA

It is respectfully requested that the Clerk of said Court issue subpoenas as indicated below for appearance before said Court at Alexandria, Virginia in United States District Court at 10:00 o'clock a.m., on the 11th day of December, 2017, then and there to testify on behalf of the United States:

10 Blank Subpoenas

This 8th day of December, 2017.

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____
Gordon D. Kromberg
John T. Gibbs
Evan N. Turgeon
Assistant United States Attorneys

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

RECEIVED 

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2017 DEC -8 A 9: 44

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:16-CR-265 |
| NICHOLAS YOUNG | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: U.S. District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: 700 |
|---|---|
| | Date and Time: December 11, 2017 10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: December 8, 2017

CLERK OF COURT

COPY

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
The United States of America_____, who requests this subpoena, are:

Gordon D. Kromberg - Assistant United States Attorney
John T. Gibbs - Assistant United States Attorney
Evan N. Turgeon - Special Assistant United States Attorney
U.S. Attorney's Office, Alexandria, VA 22314
Gordon.Kromberg@usdoj.gov
John.Gibbs@usdoj.gov
Evan.N.Turgeon@usdoj.gov
703-299-3700