FILED
IN OPEN COURT

DEC 1 8 2017

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA      )
                              )
                              )
v.                            )
                              )      No. 1:16-cr-265 (LMB)
                              )
NICHOLAS YOUNG,               )
                              )
        Defendant.            )

## VERDICT FORM

As to Count 1 (Attempting to Provide Material Support to a Foreign Terrorist Organization by providing gift cards or gift card codes to Mo), we the jury unanimously find beyond a reasonable doubt that the defendant, Nicholas Young, is

Not Guilty _____          Guilty __✓__

As to Count 2 (Attempt to Obstruct Justice), we the jury unanimously find beyond a reasonable doubt that the defendant, Nicholas Young, is

Not Guilty _____          Guilty __✓__

As to Count 4 (Attempt to Obstruct Justice), we the jury unanimously find beyond a reasonable doubt that the defendant, Nicholas Young, is

Not Guilty _____          Guilty __✓__

_____
Foreperson (signature)

_____
Foreperson (printed)

Date: _12-18-17_