Anthony F. Digiovanni

February 3, 2018

The Honorable Leonie M. Brinkema
United States District Court
401 Courthouse Square, 3rd Floor
Alexandria, VA 22314

1:16-CR-265

RE: U.S. vs. Nicholas E. Young

Dear Judge Brinkema,

My name is Tony Digiovanni and I have known the defendant, Nicholas Young from birth. From 1970 through 1984, I was married to Nicholas' aunt, Susan DeCandio. To this day, I remain close to my ex-wife's family, and to Nicholas' mother, Joy Young, his sister, Ashley, and to Nicholas personally.

I have always known Nicholas to be a gentle soul. From his earliest developmental years, Nicholas was always a quiet, shy individual who enjoyed his own family, as well as his extended family of aunts, uncles, and cousins. My children grew up alongside Nicholas and Ashley and always enjoyed their company. As Nicholas matured, I was pleased to see him start his career with the D.C. Metro Transit Police, and work diligently for the last 13 years, with good performance reviews to support his service.

While I understand that Nicholas has already been convicted of the charges, I know also that Nicholas has shown remorse for what he has done, and that his family has suffered greatly, both emotionally and financially. His mother, Joy and sister, Ashley will never again be the same happy, enthusiastic individuals that I've known for most of my life.

I ask that you take into consideration the remorse of Nicholas, and the suffering of his family, and recommend that Nicholas be placed in a facility close to his home and his mother and sister. I'm confident that Nicholas, and every important family member around him is already working to make amends for his actions, and facilitate his reentry back into our society to contribute to our greater community once again.

Thank You for your consideration,

Tony Digiovanni