**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>　　　　　　　　　　　　　　　 )<br>　　　v.　　　　　　　　　　　　 )　　Case No.  1:16-CR-265<br>　　　　　　　　　　　　　　　 )<br>**NICHOLAS YOUNG**　　　　　　 )<br>　　　　　　　　　　　　　　　 )<br>　　　**Defendant.**　　　　　　　　 ) | |

**NOTICE OF ATTORNEY APPEARANCE AND
REQUEST FOR HEARING DATE**

PLEASE NOTE the appearance of Jessica N. Carmichael, Esq. of the law firm of Ayotte Carmichael Ellis & Brock, PLLC for the defendant on his re-sentencing hearing in the above matter.

Because the undersigned counsel was not Mr. Young's trial or appellate attorney and the material involved is voluminous, counsel respectfully requests that Mr. Young's resentencing hearing be set for Friday June 21, 2019 or Friday June 28, 2019 to allow counsel adequate time to prepare. Counsel conferred with the government who does not object to these dates.

　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　NICHOLAS YOUNG
　　　　　　　　　　　　　　By Counsel
　　　　　　　　　　　　　　AYOTTE CARMICHAEL ELLIS & BROCK, PLLC
　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　Jessica N. Carmichael, Esq.
　　　　　　　　　　　　　　Virginia Bar No. 78339
　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　108 N. Alfred Street, First Floor
　　　　　　　　　　　　　　Alexandria, Virginia 22314
　　　　　　　　　　　　　　(703) 684-7908
　　　　　　　　　　　　　　jcarmichael@ayottecarmichael.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of March, 2019 I filed the foregoing pleading through the ECF system, which shall then send an electronic copy of this pleading to all parties in this action.

>              _____/s/_____
>              Jessica N. Carmichael, Esq.