# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 16cr265 |
| NICHOLAS YOUNG, | ) ) ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Nicholas Young appeals to the United States Court of Appeals for the Fourth Circuit from the order and judgment entered in this action on the 21st day of June 2019.

Dated: July 3, 2019.

                                                                           Respectfully submitted.

                                                                          /s/ *Nicholas D. Smith*
                                                                    Nicholas D. Smith (VA. Bar. 79745)
                                                                    108 N. Alfred St.
                                                                    Alexandria, VA 22314
                                                                    Phone:(703)548-8911
                                                                    nds@davidbsmithpllc.com

**Certificate of Service**

I hereby certify that on the 3rd day of July, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

    AUSA Gordon D. Kromberg
    U.S. Attorney's Office
    2100 Jamieson Avenue
    Alexandria, Virginia 22314
    gordon.kromberg@usdoj.gov

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

    */s/ Nicholas D. Smith*
    Nicholas D. Smith
    VA Bar No. 79745
    David B. Smith, PLLC
    108 North Alfred Street
    Alexandria, Virginia 22314
    (703) 548-8911
    nds@davidbsmithpllc.com