FILED: July 14, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-4504
(1:16-cr-00265-LMB-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

NICHOLAS YOUNG

    Defendant - Appellant

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Agee, Judge Keenan, and Judge Richardson.

For the Court

/s/ Patricia S. Connor, Clerk