FILED: July 22, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-4504
(1:16-cr-00265-LMB-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

NICHOLAS YOUNG

    Defendant - Appellant

_____

M A N D A T E
_____

The judgment of this court, entered June 16, 2020, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*